## Exhibit A

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| BATMAN: THE ANIMATED SERIES "THE CAT AND THE CLAW PART I" | PA0000582970 | Batman | Warner Bros., a division of Time Warner Entertainment Company, L.P.* | 09-09-1992 |
| BATMAN: THE ANIMATED SERIES – JOKER'S FAVOR | PA0000586437 | Batman, The Joker | Warner Bros., a division of Time Warner Entertainment Company, L.P.* | 09-15-1992 |
| BATMAN: THE ANIMATED SERIES "JOKER'S WILD" | PA0000604700 | Batman, The Joker | Warner Bros., a division of Time Warner Entertainment Company, L.P* | 03-19-1993 |
| BATMAN: THE ANIMATED SERIES "THE LAUGHING FISH" | PA0000607510 | Batman, The Joker | Warner Bros., a division of Time Warner Entertainment Company, L.P* | 03-23-1993 |
| BATMAN: THE ANIMATED SERIES "HOUSE AND GARDEN" | PA0000711888 | Batman | Warner Bros., a division of Time Warner Entertainment Company, L.P.* | 11-07-1994 |
| THE NEW BATMAN SUPERMAN ADVENTURES SHOW #18 & SHOW #86 LIVEWIRE; HOLIDAY KNIGHTS | PA0000991093 | Batman | Warner Bros., a division of Time Warner Entertainment Company, L.P.* | 06-29-2000 |
| THE NEW BATMAN SUPERMAN ADVENTURES SHOW #93 GROWING PAINS; THE HAND OF FATE | PA0000991070 | Batman | Warner Bros., a division of Time Warner Entertainment Company, L.P.* | 06-29-2000 |
| THE BATMAN (SERIES) THE BAT IN THE BELFRY | PA0001665821 | Batman | Warner Bros. Entertainment Inc. | 08-28-2009 |
| THE BATMAN (SERIES) THE CAT THE BAT AND THE UGLY | PA0001665839 | Batman | Warner Bros. Entertainment Inc. | 08-28-2009 |
| THE BATMAN (SERIES) BATGIRL BEGINS - PART 1 | Supp. Reg. PA0001397880 Original Reg. PA0001878679 | Batman | Warner Bros. Entertainment Inc. | 05-29-2015 06-28-2013 |
| THE BATMAN (SERIES) A MATTER OF FAMILY | PA0001588898 | Batman | Warner Bros. Entertainment Inc. | 08-31-2007 |
| THE BATMAN (SERIES) THE BATMAN/SUPERMAN STORY: PT. 1 | PA0001857740 | Batman | Warner Bros. Entertainment Inc. | 07-05-2013 |
| JUSTICE LEAGUE UNLIMITED (SERIES) INITIATION | PA0001695864 | Batman, The Flash | Warner Bros. Entertainment Inc. | 08-02-2010 |
| JUSTICE LEAGUE UNLIMITED (SERIES) THE CAT AND THE CANARY | PA0001696133 | Batman, The Flash | Warner Bros. Entertainment Inc. | 8/2/2010 |
| JUSTICE LEAGUE UNLIMITED (SERIES) FLASHPOINT | PA0001695876 | Batman, The Flash | Warner Bros. Entertainment Inc. | 08-02-2010 |
| JUSTICE LEAGUE UNLIMITED (SERIES) DIVIDED WE FALL | PA0001695888 | Batman, The Flash | Warner Bros. Entertainment Inc. | 08-02-2010 |
| JUSTICE LEAGUE UNLIMITED (SERIES) EPILOGUE | PA0001695909 | Batman, The Flash | Warner Bros. Entertainment Inc. | 08-02-2010 |

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| JUSTICE LEAGUE UNLIMITED (ANIMATED SERIES) I AM LEGION | PA0001855885 | Batman, The Flash | Warner Bros. Entertainment Inc. | 06-14-2013 |
| JUSTICE LEAGUE UNLIMITED (ANIMATED SERIES) THE GREAT BRAIN ROBBERY | PA0001855894 | Batman, The Flash | Warner Bros. Entertainment Inc. | 06-14-2013 |
| JUSTICE LEAGUE (SERIES) SECRET ORIGINS | PA0001117260 | Batman, Superman, Wonder Woman | Warner Bros., a division of Time Warner Entertainment Company, L.P.* | 12-10-2002 |
| JUSTICE LEAGUE (SERIES) PARDISE LOST – PART I | PA0001117267 | Batman, Superman, Wonder Woman | Warner Bros., a division of Time Warner Entertainment Company, L.P.* | 12-10-2002 |
| JUSTICE LEAGUE (SERIES) THE BRAVE AND THE BOLD – PART I | PA0001119623 | Batman, Superman, Wonder Woman, The Flash | Warner Bros., a division of Time Warner Entertainment Company, L.P.* | 12-10-2002 |
| JUSTICE LEAGUE (SERIES) FURY – PART II | PA0001119620 | Batman, Superman, Wonder Woman | Warner Bros., a division of Time Warner Entertainment Company, L.P.* | 12-10-2002 |
| JUSTICE LEAGUE (SERIES) TWILIGHT | PA0001242809 | Batman, Superman, Wonder Woman | Warner Bros. Entertainment Inc. | 10-7-2004 |
| JUSTICE LEAGUE (ANIMATED SERIES) SECRET SOCIETY – PART II | PA0001242798 | Batman, Superman, Wonder Woman, The Flash | Warner Bros. Entertainment Inc. | 10-7-2004 |
| STATIC SHOCK (Series) SHOCK TO THE SYSTEM (Pilot) | PA0001079581 | Batman | Warner Bros., a division of Time Warner Entertainment Company, L.P.* | 03-26-2002 |
| STATIC SHOCK (Series) THE BIG LEAGUES | PA0001119555 | Batman | Warner Bros., a division of Time Warner Entertainment Company, L.P.* | 02-20-2003 |
| STATIC SHOCK (Series) HARD AS NAILS | PA0001246178 | Batman | Warner Bros. Entertainment Inc. | 10-07-2004 |
| STATIC SHOCK (Series) FUTURE SHOCK | PA0001612918 | Batman | Warner Bros. Entertainment Inc. | 05-27-2008 |
| BATMAN FOREVER | PA0000720192 | Batman | Warner Bros., a division of Time Warner Entertainment Company, L.P.* | 06-26-1995 |
| JUSTICE LEAGUE DOOM (DTV) | PA0001800105 | Batman, Wonder Woman | Warner Bros. Entertainment Inc. | 07-13-2012 |
| BATMAN BEYOND: RETURN OF THE JOKER (DTV) | PA0001883120 | Batman, The Joker | Warner Bros. Entertainment Inc. | 10-25-2023 |
| BATMAN BEGINS | PA0001271539 | Batman | Patalex III Productions Limited* | 06-15-2005 |
| THE DARK KNIGHT | PA0001606857 | Batman | Warner Bros. Entertainment Inc. | 09-26-2008 |

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| DARK KNIGHT, THE (BURNING) | VA0001635636 | Batman | Warner Bros. Entertainment Inc. | 07-08-2008 |
| THE BATMAN | PA0002338664 | Batman | Warner Bros. Entertainment Inc. | 03-03-2022 |
| BATMAN ARKHAM ORIGINS | PA0001914990 | Batman | Warner Bros. Entertainment Inc. | 02-07-2014 |
| BATMAN: THE KILLING JOKE | PA0002046207 | Batman, The Joker | Warner Bros. Entertainment Inc. | 08-11-2016 |
| BATMAN: MYSTERY OF THE BATWOMAN (DTV) (Animated) | PA0001903436 | Batman | Warner Bros. Entertainment Inc. | 06-03-2014 |
| BATMAN: THREE JOKERS #1, December 2020 | TX0009046628 | Joker | DC Comics | 11-13-2020 |
| BATMAN Volume 42, #336 June 1981 | TX000772535 | Batman | DC Comics | 09-22-1981 |
| BATMAN: THE DARK KNIGHT #1, January 2011 | TX0007314244 | Batman | DC Comics | 01-24-2011 |
| BATMAN #704, January 2011 | TX0007267071 | Batman | DC Comics | 12-13-2010 |
| SUPERMAN (SERIES) THE LAST SON OF KRYPTON – PART I | PA0000881352 | Superman | Warner Bros. A division of Time Warner Entertainment Company, L.P. * | 04-21-1998 |
| SUPERMAN (SERIES) THE MAIN MAN PART II | PA0000881353 | Superman | Warner Bros. A division of Time Warner Entertainment Company, L.P.* | 04-21-1998 |
| THE NEW BATMAN SUPERMAN ADVENTURES SHOW #14 BLASTS FROM THE PAST PART I | PA0000991087 | Superman | Warner Bros. A division of Time Warner Entertainment Company, L.P.* | 06-29-2000 |
| THE NEW BATMAN SUPERMAN ADVENTURES SHOW #24 SOLAR POWER | PA0000991082 | Superman | Warner Bros. A division of Time Warner Entertainment Company, L.P.* | 07-07-2000 |
| THE NEW BATMAN SUPERMAN ADVENTURES SHOW #42 & SHOW #99 WHERE THERE'S SMOKE; CRITTERS | PA0000991082 | Superman | Warner Bros. A division of Time Warner Entertainment Company, L.P.* | 07-07-2000 |
| SUPERMAN VS. THE ELITE | PA0001838078 | Superman | Warner Bros. Entertainment Inc. | 03-26-2013 |
| SUPERMAN & LOIS (SERIES) EPS: PILOT | PA0002365479 Supplement to PA0002332303 | Superman | Warner Bros. Entertainment Inc. | 06-27-2022 Supp. Reg. 03-31-2021 Original Reg. |
| SUPERMAN & LOIS (Season 2) Eps. 1 - WHAT LIES BENEATH | PA0002340236 | Superman | Warner Bros. Entertainment Inc. | 01-25-2022 |
| SUPERMAN & LOIS (Season 3) Eps. 01 - CLOSER | PA0002407236 | Superman | Warner Bros. Entertainment Inc. | 03-21-2023 |
| SUPERMAN & LOIS (S4 – Episode 401) THE END & THE BEGINNING | PA0002500495 | Superman | Warner Bros. Entertainment Inc. | 10-10-2024 |
| WONDER WOMAN | PA0001779208 | Wonder Woman | Warner Bros. Entertainment Inc. | 03-02-2011 |

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| BATMAN V SUPERMAN: DAWN OF JUSTICE | PA0001981624 | Wonder Woman, Batman, Superman | Warner Bros. Entertainment Inc. & Ratpac-Dune Entertainment LLC* | 03-30-2016 |
| HARLEY QUINN (Season 2) Episode 12: LOVERS' QUARREL | PA0002333078 | Wonder Woman | Warner Bros. Entertainment Inc. | 12-08-2021 |
| JUSTICE LEAGUE | PA0002063394 | Wonder Woman | Warner Bros. Entertainment Inc. & Ratpac-Dune Entertainment LLC* | 11-16-2017 |
| WONDER WOMAN | PA0002036078 | Wonder Woman | Warner Bros. Entertainment Inc. & Ratpac-Dune Entertainment LLC* | 06-06-2017 |
| WW84 (AKA WONDER WOMAN 1984) | PA0002272066 | Wonder Woman | Warner Bros. Entertainment Inc. | 12-23-2020 |
| JUSTICE LEAGUE X RWBY: SUPER HEROES AND HUNTSMEN PART TWO | PA0002443984 | The Flash | Warner Bros. Entertainment Inc. | 10-26-23 |
| JUSTICE LEAGUE: THE FLASHPOINT PARADOX (DTV) | PA0001860443 | The Flash | Warner Bros. Entertainment Inc. | 08-09-2013 |
| JUSTICE LEAGUE: THE NEW FRONTIER | PA0001795331 | The Flash | Warner Bros. Entertainment Inc. | 07-10-2012 |
| YOUNG JUSTICE (Animated Series) INDEPENDENCE DAY – Part 1 | PA0001870496 | The Flash | Warner Bros. Entertainment Inc. | 09-06-2013 |
| YOUNG JUSTICE INVASION (Series) HAPPY NEW YEAR | PA0001870985 | The Flash | Warner Bros. Entertainment Inc. | 09-10-2013 |
| YOUNG JUSTICE (SEASON 3) #47: PRINCES ALL (Eps. 1) | PA0002332708 | The Flash | Warner Bros. Entertainment Inc. | 08-26-2021 |
| YOUNG JUSTICE (SEASON 4) #401: INHOSPITABLE | PA0002424080 | The Flash | Warner Bros. Entertainment Inc. | 06-20-2023 |
| THE FLASH (SERIES) PILOT | PA0001930876 | The Flash | Warner Bros. Entertainment Inc. | 10-30-2014 |
| THE FLASH (SERIES) THE MAN WHO SAVED CENTRAL CITY | PA0001968759 | The Flash | Warner Bros. Entertainment Inc. | 10-19-2015 |
| THE FLASH (SERIES) FLASHPOINT | PA0002008505 | The Flash | Warner Bros. Entertainment Inc. | 10-20-2016 |
| THE FLASH (SERIES) THE FLASH REBORN | PA0002061164 | The Flash | Warner Bros. Entertainment Inc. | 10-25-2017 |
| THE FLASH (SERIES) NORA | PA0002155160 | The Flash | Warner Bros. Entertainment Inc. | 10-24-2018 |
| THE FLASH (SERIES) INTO THE VOID | PA0002209434 | The Flash | Warner Bros Entertainment Inc. | 10-24-2019 |
| THE FLASH | PA0002416063 | The Flash | Warner Bros. Entertainment Inc. | 06-15-2023 |
| TEEN TITANS GO! LEGENDARY SANDWICH / PIE BROS | PA0001910496 | Teen Titans | Warner Bros. Entertainment Inc. | 06-17-2014 |
| TEEN TITANS GO! MR. BUTT / MAN PERSON | PA0002003659 | Teen Titans | Warner Bros. Entertainment Inc. | 08-26-2016 |
| TEEN TITANS GO! ROAD TRIP/THE BEST ROBIN | PA0002003630 | Teen Titans (Robin) | Warner Bros. Entertainment Inc. | 08-26-2016 |

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| TEEN TITANS GO! SHOW 105 - CAT'S FANCY | PA0002263935 | Teen Titans | Warner Bros. Entertainment Inc. | 08-27-2020 |
| TEEN TITANS GO! SHOW 158 - SHRIMPS AND PRIME RIB | PA0002266181 | Teen Titans | Warner Bros. Entertainment Inc. | 09-19-2020 |
| TEEN TITANS GO! SHOW 209 - THE SCOOP | PA0002310624 | Teen Titans | Warner Bros. Entertainment Inc. | 08-09-2021 |
| TEEN TITANS GO! SHOW 245 - TEEN TITANS VROOM: PART 1 | PA0002310008 | Teen Titans | Warner Bros. Entertainment Inc. | 08-10-2021 |
| TEEN TITANS GO! SHOW 308 - THE MUG | PA0002311507 | Teen Titans | Warner Bros. Entertainment Inc. | 08-19-2021 |
| TEEN TITANS GO! SHOW 369 -WELCOME TO HALLOWEEN | PA0002461515 | Teen Titans | Warner Bros. Entertainment Inc. | 03-05-2024 |
| TEEN TITANS GO! (S9 – EPISODE 1) STICKIEST SITUATION | PA0002528453 | Teen Titans | Warner Bros. Entertainment Inc. | 03-14-2025 |
| TEEN TITANS GO! TO THE MOVIES | PA0002114498 | Teen Titans | Warner Bros. Entertainment Inc. | 07-27-2018 |
| TEEN TITANS GO! & DC SUPER HERO GIRLS: MAYHEM IN THE MULTIVERSE | PA0002375689 | Teen Titans | Warner Bros. Entertainment Inc. | 05-20-2022 |
| SPACE JAM: A NEW LEGACY | PA0002301407 | Wonder Woman, Bugs Bunny, Daffy Duck | Warner Bros. Entertainment Inc. | 07-14-2021 |
| SPACE JAM | PA0000813952 | Bugs Bunny, Daffy Duck | Warner Bros., a division of Time Warner Entertainment Company, L.P.* | 11-21-1996 |
| THE SYLVESTER & TWEETY MYSTERIES (SERIES) THE CAT WHO KNEW TOO MUCH | PA0000843825 | Tweety | Warner Bros., a division of Time Warner Entertainment Company, L.P.* | 06-20-1997 |
| THE SYLVESTER & TWEETY MYSTERIES (SERIES) SHOW #14: SPACED OUT / AUTUMN'S LEAVING | PA0000884581 | Tweety | Warner Bros., a division of Time Warner Entertainment Company, L.P.* | 05-15-1998 |
| THE SYLVESTER & TWEETY MYSTERIES (SERIES) SHOW 22: THE STAR OF BOMBAY / HAPPY PRANKSGIVING | PA0000969298 | Tweety | Warner Bros., a division of Time Warner Entertainment Company, L.P.* | 02-01-2000 |
| THE SYLVESTER & TWEETY MYSTERIES (SERIES) SHOW 35: THE STILTED PERCH / A GAME OF CAT AND MONSTER! | PA0001108337 | Tweety | Warner Bros., a division of Time Warner Entertainment Company, L.P.* | 08-07-2002 |
| THE SYLVESTER & TWEETY MYSTERIES (SERIES) SHOW 48: WHEN HARRY MET SALIERI / THE EARLY WOIM GETS THE BOID | PA0001106528 | Tweety | Warner Bros., a division of Warner Entertainment Company, L.P.* | 08-16-2002 |
| LOONEY TUNES CARTOONS (ANIMATED SERIES) CURSE OF THE MONKEYBIRD / MARVIN FLAG GAG: | PA0002427658 | Bugs Bunny, Daffy Duck, Tweety, Sylvester | Warner Bros. Entertainment Inc. | 07-14-2023 |

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| DEFLATING PLANET / HARM WRESTLING | | | | |
| LOONEY TUNES CARTOONS (ANIMATED SERIES) PAIN IN THE ICE/ TUNNEL VISION/ POOL BUNNY | PA0002427661 | Bugs Bunny | Warner Bros. Entertainment Inc. | 08-29-2023 |
| LOONEY TUNES CARTOONS (ANIMATED SERIES) SIBERIAN SAM/ HOLE GAG: FISHING POLE/ FLEEXE AND DESIST/ MARVIN FLAG GAG: MIRROR/ SPLIT SCREN MARVIN | PA0002427664 | Bugs Bunny | Warner Bros. Entertainment Inc. | 07-18-2023 |
| LOONEY TUNES CARTOONS (ANIMATED SERIES) DAFFUCCINO / HOLE GAG: MOVING HOLE / KITTY LIVIN' | PA0002427899 | Tweety, Sylvester | Warner Bros. Entertainment Inc. | 07-19-2023 |
| LOONEY TUNES CARTOONS (ANIMATED SERIES) RED, WHITE AND BRUISED / BEAKY BUZZARD GAGS: BUNNY / JET PORKPELLED | PA0002430732 | Bugs Bunny | Warner Bros. Entertainment Inc. | 07-25-2023 |
| LOONEY TUNES CARTOONS (ANIMATED SERIES) SAM-MERICA / PUT THE CAT OUT – DOOR SPIN / BBQ BANDIT | PA0002429457 | Bugs Bunny, Tweety, Sylvester | Warner Bros. Entertainment Inc. | 07-28-2023 |
| LOONEY TUNES CARTOONS (ANIMATED SERIES) RING MASTER DISASTER / PUT THE CAT OUT: EYEBALL / PAIN EVENT | PA0002430365 | Bugs Bunny, Tweety, Sylvester | Warner Bros. Entertainment Inc. | 08-01-2023 |
| LOONEY TUNES CARTOONS (ANIMATED SERIES) BOOBY PRIZE / END OF THE LEASH GAGS: PEA SHOOTER / BALLOON SALESMAN: PORKY'S HEAD | PA0002430371 | Daffy Duck | Warner Bros. Entertainment Inc. | 08-01-2023 |
| LOONEY TUNES CARTOONS (ANIMATED SERIES) FUNERAL FOR A FUDD / LOVE GOAT | PA0002430373 | Daffy Duck | Warner Bros. Entertainment Inc. | 08-01-2023 |
| LOONEY TUNES CARTOONS (ANIMATED SERIES) LOONEY TUNES CARTOONS VALENTINE'S EXTWAVAGANZA DUCK CHOCOLATE / DAFFY TRAFFIC COP STOP: LEAD FOOT / BUNNY AND THE BEAST | PA0002431929 | Bugs Bunny, Tweety, Sylvester | Warner Bros. Entertainment Inc. | 08-10-2023 |
| LOONEY TUNES CARTOONS (ANIMATED SERIES) SKYSCRAPER SCRAP / BALLOON SALESMAN: FEELING DOWN / THE DEVIL AND THE DEEP BLUE SEA | PA0002431887 | Tweety, Sylvester | Warner Bros. Entertainment Inc. | 08-10-2023 |

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| LOONEY TUNES CARTOONS (ANIMATED SERIES) CRUMB AND GET IT / BUGS HOLE GAGS 2: MINI BUGS / CONSTRUCTION OBSTRUCCTION | PA0002431885 | Bugs Bunny | Warner Bros. Entertainment Inc. | 08-10-2023 |
| LOONEY TUNES CARTOONS (ANIMATED SERIES) PAIN RENT / NEST EFFORT | PA0002431881 | Daffy Duck | Warner Bros. Entertainment Inc. | 08-10-2023 |
| LOONEY TUNES CARTOONS (ANIMATED SERIES) BIRTHDAY GRIFTS / DAFFY MAGICIAN: VINTAGE PORKYS / TUB-O-WAR | PA0002457108 | Bugs Bunny, Tweety, Sylvester | Warner Bros. Entertainment Inc. | 01-31-2024 |
| LOONEY TUNES CARTOONS (ANIMATED SERIES) ABDUCTED BUNNY DAFFY PSYCHIC: A NEW JOB/ DUCK HUNTING GAG: DECOY/ DAFFY MAGICIAN: SKELETON | PA0002457120 | Bugs Bunny | Warner Bros. Entertainment Inc. | 01-31-2024 |
| THE LOONEY TUNES SHOW (SERIES) BEST FRIENDS | PA0001885178 | Daffy Duck | Warner Bros. Entertainment Inc. | 07-01-2013 |
| THE LOONEY TUNES SHOW (ANIMATED SERIES) BOBCATS ON THREE! | PA0001893450 | Bugs Bunny | Warner Bros. Entertainment Inc. | 02-27-2014 |
| LOONEY TUNES RABBITS RUN (Direct To Video) | PA0002019682 | Bugs Bunny | Warner Bros. Entertainment Inc. | 09-16-2015 |
| TINY TOONS LOONIVERSITY FRESHMAN ORIENTOONTION | PA0002465232 | Bugs Bunny, Daffy Duck | Warner Bros. Entertainment Inc. | 03-28-2024 |
| THIS IS A LIFE? | RE0000156514 MP7465 | Bugs Bunny | Warner Bros. Pictures, Inc.* | 03-01-1983 02-13-1962 |
| RABBIT'S FEAT | RE000373943 LP 21313 | Bugs Bunny | Warner Bros. Inc. Warner Bros. Pictures, Inc.* | 01-29-1988 02-13-1962 |
| WET HARE | RE0000479859 LP 25493 | Bugs Bunny | Warner Bros. Pictures, Inc.* | 06-15-1990 01-20-1962 |
| A WILD HARE | R 434265 MP 10385 | Bugs Bunny | United Artists Television, Inc. The Vitaphone Corporation* | 04-29-1968 07-29-1940 |
| HARE LIFT | RE0000012243 MP 3270 | Bug Bunny | Warner Bros. Inc. The Vitaphone Corporation* | 01-19-1979 02-09-1953 |
| DUCKING THE DEVIL | RE0000242928 MP 9133 | Daffy Duck | Renewal: Warner Bros. Inc. Original: The Vitaphone Corporation* | 04-22-1985 10-20-1953 |
| MULTIVERSUS | PA0002363867 Supp. Reg. PA0002391990 | Bugs Bunny | Warner Bros. Entertainment Inc. | 08-03-2022 09-26-2022 |
| BOX OFFICE BUNNY | PA0000488276 | Bug Bunny | Warner Bros. Inc.* | 10-31-1990 |

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| | Supp. Reg. PA000054029 | | | 01-08-1991 |
| BAH, HUMDUCK! A LOONEY TUNES CHRISTMAS | PA0001683771 | Bugs Bunny | Warner Bros. Entertainment Inc. | 10-19-2009 |
| TOM AND JERRY: NO WAY STOWAWAYS | RE0000885559 PA0000172612 | Tom, Jerry | Turner Entertainment Co. | 10-28-2003 (Renewal) |
| FIT TO BE TIED | RE000004368/ LP0000001469 | Tom, Jerry | Metro-Goldwyn-Mayer Inc.*** | 01-10-1980 (Renewal) |
| TOM AND JERRY | PA0002276505 | Tom, Jerry | Warner Bros. Entertainment Inc. | 02-10-2021 |
| THE TOM AND JERRY SHOW – SHOW 1: SPIKE GETS SKOOLED / CATS RUFFLED FURNITURE | PA0001963117 | Tom, Jerry | Turner Entertainment Co. | 07-10-2015 |
| THE TOM AND JERRY SHOW 28A – PICTURE IMPERFECT / SHOW 28B – ONE-WAY CRICKET | PA0002203849 | Tom, Jerry | Warner Bros. Entertainment Inc. | 09-06-2019 |
| THE TOM AND JERRY SHOW - SHOW 53A – SOMEONE'S IN THE KITCHEN WITH MYNAH | PA0002258449 | Tom, Jerry | Warner Bros. Entertainment Inc. | 06-24-2020 |
| THE TOM AND JERRY SHOW (EPISODE 209) GYM RAT | PA0002335079 | Tom, Jerry | Warner Bros. Entertainment Inc. | 12-17-2021 |
| THE TOM AND JERRY SHOW (ANIMATED SERIES) GIANT PROBLEMS | PA0002341308 | Tom, Jerry | Warner Bros. Entertainment Inc. | 01-28-2022 |
| THE MOUSE COMES TO DINNER | R526565 / L13287 | Tom, Jerry | Metro-Goldwyn-Mayer Inc.*** | 04-05-1972 (Renewal) |
| PUSS GETS THE BOOT | R404444 / M10323 | Tom, Jerry | Metro-Goldwyn-Mayer Inc.*** | 02-14-1967 (Renewal) |
| FINE FEATHERED FRIEND | R471254 / L11664 | Tom, Jerry | Metro-Goldwyn-Mayer Inc.*** | 10-30-1969 (Renewal) |
| TOM-IC ENERGY | RE0000584417 LP0000028749 | Tom, Jerry | Turner Entertainment Co. | 06-15-1992 (Renewal) |
| FRAIDY CAT | R455224 / L11366 | Tom, Jerry | Metro-Goldwyn-Mayer Inc.*** | 02-04-1969 (Renewal) |
| TOM AND JERRY TALES TIGER CAT, FEEDING TIME, POLAR PERIL | PA0001653385 | Tom, Jerry | Turner Entertainment Co. | 02-18-2009 |
| TOM AND JERRY TALES MORE POWERS TO YOU, POWER TOM, CATCH ME THOUGH YOU CAN'T | PA0001891335 | Tom, Jerry | Turner Entertainment Co. | 03-26-2014 |
| TOM & JERRY IN NEW YORK: PUT A RING ON IT | PA0002364043 | Tom, Jerry | Warner Bros. Entertainment Inc. | 06-27-2022 |
| TOM & JERRY IN NEW YORK (Animated Series) THE GREAT DONUT ROBBERY | PA0002365021 | Tom, Jerry | Warner Bros. Entertainment Inc. | 06-28-2022 |
| TOM & JERRY IN NEW YORK (Animated Series) TORPEDON'T | PA0002365015 | Tom, Jerry | Warner Bros. Entertainment Inc. | 06-27-2022 |

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| TOM & JERRY IN NEW YORK (Animated Series) BILLBOARD JUMBLE | PA0002365017 | Tom, Jerry | Warner Bros. Entertainment Inc. | 06-28-2022 |
| TOM & JERRY IN NEW YORK (Animated Series) HORTICULTURE CLASH | PA0002365019 | Tom, Jerry | Warner Bros. Entertainment Inc. | 06-28-2022 |
| TOM & JERRY IN NEW YORK: ROOM SERVICE ROBOTS | PA0002365018 | Tom, Jerry | Warner Bros. Entertainment Inc. | 06-28-2022 |
| TOM & JERRY IN NEW YORK (Animated Series) READY TEDDY | PA0002364445 | Tom, Jerry | Warner Bros. Entertainment Inc. | 06-29-2022 |
| TOM & JERRY IN NEW YORK (Animated Series) SWISS CUCKOO | PA0002364585 | Tom, Jerry | Warner Bros. Entertainment Inc. | 06-29-2022 |
| TOM & JERRY IN NEW YORK (Animated Series) DREAM TEAM | PA0002364224 | Tom, Jerry | Warner Bros. Entertainment Inc. | 06-28-2022 |
| TOM & JERRY IN NEW YORK (Animated Series) PRIVATE TOM | PA0002364443 | Tom, Jerry | Warner Bros. Entertainment Inc. | 06-29-2022 |
| SCOOBY-DOO, WHERE ARE YOU! (Season 1) Episode 1: WHAT A NIGHT FOR A KNIGHT | RE0000762866 PA0000335932 | Scooby-Doo | Hanna-Barbera Productions, Inc. Hanna-Barbera Productions, Inc. | 06-30-1997 06-01-1987 |
| SCOOBY-DOO WHERE ARE YOU! A GAGGLE OF GALLOPING GHOSTS (45-11) | RE0000762859 PA0000335914 | Scooby-Doo | Hanna-Barbera Productions, Inc. | 06-30-1997 06-01-1987 |
| SCOOBY-DOO, WHERE ARE YOU! (Season 1) Episode 14: GO AWAY GHOST SHIP | RE0000762862 PA0000335917 | Scooby-Doo | Hanna-Barbera Productions, Inc. Hanna-Barbera Productions, Inc. | 06-30-1997 06-01-1987 |
| SCOOBY-DOO, WHERE ARE YOU! (Season 2) Episode 1: NOWHERE TO HYDE | RE0000785091 PA0000335930 | Scooby-Doo | Hanna-Barbera Productions, Inc. Hanna-Barbera Productions, Inc. | 07-28-1998 07-01-1987 |
| SCOOBY-DOO WHERE ARE YOU! HAUNTED HOUSE HANG UP (SD-22) | RE0000785088 PA0000335923 | Scooby-Doo | Hanna Barbera Productions, Inc. | 07-28-1998 06-01-1987 |
| "THE SCOOBY-DOO DYNOMUTT HOUR" EPISODE: (SDD1): HIGH RISE HAIR RAISER | RE0000899694 PA0000364667 | Scooby-Doo | Hanna-Barbera Productions, Inc. | 04-02-2004 12-21-1987 |
| "THE SCOOBY-DOO DYNOMUTT HOUR" Episode: THE GHOST OF THE BAD HUMOR MAN | RE0000900128 PA0000364765 | Scooby-Doo | Hanna-Barbera Productions, Inc. | 04-02-2004 12-21-1987 |
| "SCOOBY'S ALL STARS (SDAS-5)" Episode: A HIGHLAND FLING WITH A MONSTROUS THING | PA0000303499 | Scooby-Doo | Hanna-Barbera Productions, Inc. | 09-22-1986 |
| *BE COOL, SCOOBY-DOO!* MYSTERY 101 – SHOW #1 | PA0001897331 | Scooby-Doo | Warner Bros. Entertainment Inc. | 04-24-2019 |

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| BE COOL, SCOOBY-DOO EPS. 27: SOME FRED TIME | PA0002328952 | Scooby-Doo | Warner Bros. Entertainment Inc. | 11-17-2021 |
| *SCOOBY-DOO! MYSTERY INCORPORATED* BEWARE THE BEAST FROM BELOW | PA0001848471 | Scooby-Doo | Hanna-Barbera Productions, Inc. | 04-10-2013 |
| SCOOBY-DOO MYSTERY INCORPORATED THE NIGHT THE CLOWN CRIED | PA0001866657 | Scooby-Doo | Hanna-Barbera Productions, Inc. | 08-22-2013 |
| WHAT'S NEW SCOOBY-DOO?  BIG SCARE IN THE BIG EASY | PA0001270598 | Scooby-Doo | Hanna Barbera Cartoons Inc.**** | 02-18-2005 |
| WHAT'S NEW SCOOBY-DOO? 3 D-STRUCTION | PA0001270600 | Scooby-Doo | Hanna Barbera Cartoons Inc.**** | 02-18-2005 |
| WHAT'S NEW SCOOBY-DOO?  BIG APPETITE IN LITTLE TOKYO | PA0001278783 | Scooby-Doo | Hanna Barbera Cartoons Inc.**** | 04-28-2005 |
| WHAT'S NEW SCOOBY-DOO?  BLOCK LONG HONG KONG TERROR | PA0001375291 | Scooby-Doo | Hanna-Barbera Cartoons, Inc.**** | 04-12-2007 |
| THE POWERPUFF GIRLS: MONKEY SEE, DOGGIE DOO | PA0000930348 | The Powerpuff Girls (Blossom, Bubble, Buttercup) | The Cartoon Network LP, LLLP***** | 11-18-1998 |
| THE POWERPUFF GIRLS: STUCK UP, UP, AND AWAY | PA0000972590 | The Powerpuff Girls (Blossom, Bubble, Buttercup) | The Cartoon Network LP, LLLP***** | 02-28-2000 |
| THE POWERPUFF GIRLS: FALLEN ARCHES | PA0010018156 | The Powerpuff Girls (Blossom, Bubble, Buttercup) | The Cartoon Network LP, LLLP***** | 11-2-2000 |
| THE POWERPUFF GIRLS: FLIM FLAM | PA0001043273 | The Powerpuff Girls (Blossom, Bubble, Buttercup) | The Cartoon Network LP, LLLP***** | 06-05-2001 |
| THE POWERPUFF GIRLS: KEEN ON KEANE | PA0001119880 | The Powerpuff Girls (Blossom, Bubble, Buttercup) | The Cartoon Network LP, LLLP***** | 01-30-2003 |
| THE POWERPUFF GIRLS: TOAST OF THE TOWN | PA0001217086 | The Powerpuff Girls (Blossom, Bubble, Buttercup) | The Cartoon Network LP, LLLP***** | 03-09-2004 |
| THE POWERPUFF GIRLS: DIVIDE AND CONQUER | PA0001217087 | The Powerpuff | The Cartoon Network LP, LLLP***** | 03-09-2004 |

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| | | Girls (Blossom, Bubble, Buttercup) | | |
| THE POWERPUFF GIRLS: SAVE MOJO | PA0001217095 | The Powerpuff Girls (Blossom, Bubble, Buttercup) | The Cartoon Network LP, LLLP***** | 03-09-2004 |
| THE POWERPUFF GIRLS: SUBSTITUTE CREATURE | PA0001217096 | The Powerpuff Girls (Blossom, Bubble, Buttercup) | The Cartoon Network LP, LLLP***** | 03-09-2004 |
| THE POWERPUFF GIRLS: LYING AROUND THE HOUSE | PA0001294787 | The Powerpuff Girls (Blossom, Bubble, Buttercup) | The Cartoon Network LP, LLLP***** | 03-30-2004 |
| THE POWERPUFF GIRLS: BUBBLE BOY | PA0001294788 | The Powerpuff Girls (Blossom, Bubble, Buttercup) | The Cartoon Network LP, LLLP***** | 03-30-2004 |
| THE POWERPUFF GIRLS: REEKING HAVOC | PA0001227994 | The Powerpuff Girls (Blossom, Bubble, Buttercup) | The Cartoon Network LP, LLLP***** | 06-11-2004 |
| THE POWERPUFF GIRLS (Episode 108) ESCAPE FROM MONSTER ISLAND | PA0001991610 | The Powerpuff Girls (Blossom, Bubble, Buttercup) | The Cartoon Network, Inc. | 06-15-2016 |
| THE POWERPUFF GIRLS (Episode 111) PAINBOW | PA0002025023 | The Powerpuff Girls (Blossom, Bubble, Buttercup) | The Cartoon Network, Inc. | 01-23-2017 |
| THE POWERPUFF GIRLS (Episode 155) THE LAST DONNYCORN | PA0002050920 | The Powerpuff Girls (Blossom, Bubble, Buttercup) | The Cartoon Network, Inc. | 06-08-2017 |
| THE POWERPUFF GIRLS (Episode 176) NOT SO SECRET SERVICE | PA0002118825 | The Powerpuff Girls (Blossom, | The Cartoon Network, Inc. | 05-17-2018 |

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| | | Bubble, Buttercup) | | |
| RICK & MORTY: 1, PILOT | PA0001897331 | Rick Sanchez, Morty Smith | The Cartoon Network, Inc. | 4-21-2014 |
| RICK & MORTY: 201, A RICKLE IN TIME | PA0001966767 | Rick Sanchez, Morty Smith | The Cartoon Network, Inc. | 09-28-2015 |
| RICK & MORTY: 202, MORTYNIGHT RUN | PA0001966766 | Rick Sanchez, Morty Smith | The Cartoon Network, Inc. | 09-28-2015 |
| RICK AND MORTY: 301, THE RICKSHANK RICKDEMPTION | PA0002058490 | Rick Sanchez, Morty Smith | The Cartoon Network, Inc. | 08-03-2017 |
| RICK AND MORTY: 307, THE RICKLANTIS MIXUP | PA0002066722 | Rick Sanchez, Morty Smith | The Cartoon Network, Inc. | 10-03-2017 |
| RICK AND MORTY: 403, ONE CREW OVER THE CREWCOO'S MORTY | PA0002227976 | Rick Sanchez, Morty Smith | The Cartoon Network, Inc. | 12-06-2019 |
| RICK AND MORTY: 408, THE VAT OF ACID EPISODE | PA0002250636 | Rick Sanchez, Morty Smith | The Cartoon Network, Inc. | 05-21-2020 |
| RICK AND MORTY: 501, MORT DINNER RICK ANDRE | PA0002335335 | Rick Sanchez, Morty Smith | The Cartoon Network, Inc. | 07-29-2021 |
| RICK AND MORTY: 601, SOLARICKS | PA0002381780 | Rick Sanchez, Morty Smith | The Cartoon Network, Inc. | 09-30-2022 |
| RICK AND MORTY: 701, HOW POOPY GOT HIS POOP BACK | PA0002450671 | Rick Sanchez, Morty Smith | The Cartoon Network, Inc. | 01-09-2024 |
| RICK AND MORTY: 704, THAT'S AMORTE | PA0002450573 | Rick Sanchez, Morty Smith | The Cartoon Network, Inc. | 01-09-2024 |
| RICK AND MORTY :705, UNMORTRICKEN | PA0002450572 | Rick Sanchez, Morty Smith | The Cartoon Network, Inc. | 01-09-2024 |
| DETECTIVE COMICS #43 | B 463573<br><br>R 415987 | Batman | Detective Comics, Inc. (original)**<br><br>National Periodical Publications, Inc. (renewal)** | 08-02-1940 (original)<br><br>08-16-1967 (renewal) |
| DETECTIVE COMICS #327 | B 104068 | Batman | National Periodical Publications, Inc.** | 04-02-1964 |
| DETECTIVE COMICS #395 | B 557513<br><br>RE 758-974 | Batman | National Periodical Publications, Inc. (original)**<br><br>DC Comics (renewal) | 11-26-1969 (original)<br><br>06-27-1997 (renewal) |
| BATMAN #515 | TX0003953039 | Batman | DC Comics | 12-22-1994 |

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| BATMAN #608 | TX0005679905 | Batman | DC Comics | 10-18-2002 |
| BATMAN: THE RETURN #1 | TX0007267069 | Batman | DC Comics | 12-13-2010 |
| BATMAN: REBIRTH #1, August 2016 | TX0008246678 | Batman | DC Comics | 06-13-2016 |
| BATMAN #1 | B 455885 (original)<br><br>R 410635 (renewal) | Joker | Detective Comics Inc. (original)**<br><br>National Periodical Publications, Inc. (renewal)** | 05-25-1967 (renewal) |
| DETECTIVE COMICS #168 | B 282522 (original)<br><br>R 680416 (renewal) | Joker | National Comics Publications, Inc. (original)**<br><br>DC Comics Inc. (renewal)** | 12-26-1950 (original)<br><br>12-27-1977 (renewal) |
| ALL STAR COMICS, Vol. 1, No. 8 | B 516169 (original)<br><br>R 462874 (renewal) | Wonder Woman | All-American Comics, Inc. (original)**<br><br>National Periodical Publications, Inc. (renewal)** | 10-25-1941 (original)<br><br>06-05-1969 (renewal) |
| CRISIS ON INFINITE EARTHS #12 | TX0001767354 | The Flash | DC Comics Inc.** | 02-10-1986 |
| ACTION COMICS, Vol. 1, No. 1<br><br>"Superman" a comic strip...constituting front cover and pages 1-13 inclusive of body of ACTION COMIS – VOl. 1, No. 1, June 1938 issue (This title listed on Renewal #R 362188) | B 379787 (original)<br><br>R 362188 (renewal)<br><br>R 362187 (renewal) | Superman | Detective Comics Inc. (original)**<br><br>National Periodical Publications, Inc. (both renewals)** | 06-14-1938 (original)<br><br>06-01-1965 (both renewals) |
| WONDER WOMAN, Vol. 38, No. 253 | TX0000311296 | Wonder Woman | DC Comics Inc.** | 04-09-1979 |
| WONDER WOMAN, #69 | TX0003434001 | Wonder Woman | DC Comics | 11-09-1992 |
| THE FLASH, No. 110 | B 800697 (original)<br><br>RE0000331577 (renewal) | The Flash | National Comics Publications, Inc. (original)**<br><br>DC Comics Inc. (renewal)** | 10-26-1959 (original)<br><br>03-27-1987 (renewal) |
| TEEN TITANS, No. 4 | TX0005901285 | The Flash | DC Comics | 10-29-2003 |
| SHOWCASE, No. 4 | B 601150 (original)<br><br>RE0000205146 (renewal) | The Flash | National Comics Publications, Inc. (original)**<br><br>DC Comics Inc. (renewal)** | 07-06-1956 (original)<br><br>06-11-1984 (renewal) |
| FLASH COMICS, Vol. 1, No. 1 | B 348235 (original)<br><br>R 412577 (renewal) | The Flash | All American Comics, Inc. (original)**<br><br>National Periodical Publications, Inc. | 06-07-1967 (original)<br><br>05-15-1967 (renewal) |

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| | | | (renewal)** | |
| FLASH, No. 92, July 1994 | TX0003841274 | The Flash | DC Comics | 06-24-1994 |
| FLASH THE FASTEST MAN ALIVE, No. 1, August 2006 | TX0006461440 (1st registration) TX0006501993(2nd registration) | The Flash | DC Comics | 10-31-2006 (1st registration) 01-22-2007 (2nd registration) |
| ACTION COMICS, No. 241, June 1958 | B 708561 (original) RE0000277195(renewal) | Superman | Superman, Inc. (original)** DC Comics Inc. (renewal)** | 04-30-1958 (original) 01-06-1986 (renewal) |
| ACTION COMICS, No. 1, November 2011 | TX0007428054 | Superman | DC Comics | 09-16-2011 |
| SUPERMAN: REBIRTH #1, August 2016 | TX0008246637 | Superman | DC Comics | 06-13-2016 |
| THE MAN OF STEEL, No. 1, Monthly | TX0001914928 | Superman | DC Comics Inc.** | 10-14-1986 |

\*  Warner Bros. Entertainment Inc., through assignments and/or corporate transactions and name changes, owns all copyrights registered in the names of the following companies: Warner Bros. Inc., Warner Bros. Pictures, Inc.; United Artists Television, Inc.; The Vitaphone Corp.; Warner Bros., a division of Time Warner Entertainment Company, L.P.; Patalex III Productions Limited; and Ratpac-Dune Entertainment LLC.

\*\* DC Comics, through assignments and/or corporate transactions and name changes, owns all copyrights registered in the names of the following companies: Detective Comics, Inc.; National Periodical Publications, Inc.; National Comics Publications, Inc.; DC Comics, Inc.; All-American Comics, Inc.; and Superman, Inc.

\*\*\* Turner Entertainment Co., through a series of corporate transactions, owns the copyrights in the works in this Exhibit registered under Metro-Goldwyn-Mayer Inc.

\*\*\*\* On July 31, 2015, Hanna-Barbera Cartoons Inc. merged into Hanna-Barbera Productions, Inc., which now owns the copyrights to all works in this Exhibit registered under both names.

\*\*\*\*\* On December 21, 2006, the entity known at the time as The Cartoon Network LP, LLLP changed its name to The Cartoon Network, Inc.