| | |
|---|---|
| 1 | **JENNER & BLOCK LLP** |
| 2 | David R. Singer (SBN 204699) |
|   | dsinger@jenner.com |
| 3 | Julie A. Shepard (SBN 175538) |
|   | jshepard@jenner.com |
| 4 | Lauren M. Greene (SBN 271397) |
| 5 | lgreene@jenner.com |
|   | 515 South Flower Street, Suite 3300 |
| 6 | Los Angeles, CA  90071-2246 |
| 7 | Telephone:  (213) 239-5100 |
|   | Facsimile:   (213) 239-5199 |
| 8 | |
| 9 | *Attorneys for Plaintiffs* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; DC COMICS, a New York general partnership; TURNER ENTERTAINMENT CO., a Delaware corporation; HANNA-BARBERA PRODUCTIONS, INC., a Delaware corporation; THE CARTOON NETWORK, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MIDJOURNEY, INC., a Delaware corporation, <br><br> Defendants. | Case No. 25-8376 <br><br> **PLAINTIFFS' FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 7.1-1 CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

The undersigned counsel of record for Plaintiffs Warner Bros. Entertainment Inc., DC Comics, Turner Entertainment Co., Hanna-Barbera Productions, Inc., and The Cartoon Network, Inc. ("Plaintiffs") hereby submit the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

Warner Bros. Entertainment Inc. is a wholly owned indirect subsidiary of Warner Bros. Discovery, Inc. a publicly traded company.

DC Comics is a wholly owned indirect subsidiary of Warner Bros. Discovery, Inc. a publicly traded company.

Turner Entertainment Co. is a wholly owned indirect subsidiary of Warner Bros. Discovery, Inc. a publicly traded company.

Hanna-Barbera Productions Inc. is a wholly owned indirect subsidiary of Warner Bros. Discovery, Inc. a publicly traded company.

The Cartoon Network Inc. is a wholly owned indirect subsidiary of Warner Bros. Discovery, Inc. a publicly traded company.

To the best of Plaintiffs' knowledge, no publicly traded company owns more than 10% of Warner Bros. Discovery, Inc.

Further, pursuant to Local Rule 7.1-1 of the United States District Court for the Central District of California, the undersigned counsel of record for Plaintiffs certify that the following listed parties may have a pecuniary interest in the outcome of this case:

1. Warner Bros. Entertainment Inc. (Plaintiff)
2. DC Comics (Plaintiff)
3. Turner Entertainment Co. (Plaintiff)
4. Hanna-Barbera Productions Inc. (Plaintiff)
5. The Cartoon Network Inc. (Plaintiff)
6. Warner Bros. Discovery, Inc. (Plaintiffs' parent company)
7. Midjourney, Inc. (Defendant)

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: September 4, 2025            JENNER & BLOCK LLP

                                    By:  /s/ David R. Singer
                                            David R. Singer
                                            Julie A. Shepard
                                            Lauren M. Greene

                                    Attorneys for Plaintiffs
                                    WARNER BROS. ENTERTAINMENT INC., DC COMICS, TURNER ENTERTAINMENT CO., HANNA-BARBERA PRODUCTIONS INC., AND THE CARTOON NETWORK INC.