1
2
3
4
5

COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
ELLIE DUPLER (337607)
(edupler@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone:   (310) 883-6400
Facsimile:   (310) 883-6500

6
7
8

JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone:   (212) 479-6000
Facsimile:   (212) 479-6275

9
10
11
12

JUDD D. LAUTER (290945)
(jlauter@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

13  *Counsel for Defendant Midjourney, Inc.*

14          **UNITED STATES DISTRICT COURT**

15          **CENTRAL DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| 17  WARNER BROS. ENTERTAINMENT, INC., et al., | Case No. 2:25-cv-08376-JAK-E |
| 18                                            Plaintiffs, | **DEFENDANT MIDJOURNEY, INC.'S ANSWER TO COMPLAINT** |
| 19        v. | |
| 20  MIDJOURNEY, INC., | **REQUEST FOR A JURY TRIAL** |
| 21                                            Defendant. | Date Action Filed:  Sep. 4, 2025 |
| 22 | |

23
24
25
26
27
28

1    Defendant Midjourney, Inc. ("Midjourney"), by and through counsel, hereby

2 responds to the Complaint ("Complaint") filed by Plaintiffs Warner Bros.

3 Entertainment, Inc., DC Comics, Turner Entertainment, Co., Hanna-Barbera

4 Productions, Inc., and The Cartoon Network, Inc. (together, "Warner" or

5 "Plaintiffs"). Unless specifically admitted, Midjourney denies each of the allegations

6 in the Complaint.[1]

7                    **PRELIMINARY STATEMENT**

8    After months of waiting on the sidelines, Warner Bros. Discovery now joins

9 Disney and Universal in targeting Midjourney over its generative AI-based creativity

10 tools. In lockstep with its fellow media behemoths, Warner styles itself as a defender of

11 artists and creative professionals against imagined threats from artificial intelligence

12 ("AI"), but this is a misdirection. Midjourney seeks to enhance, not replace, human

13 expression. Warner seeks to restrict it by using copyright as a cudgel to deny the public

14 the ability to do with AI tools, what generations of individuals have lawfully done with

15 pencils and notebooks.

16    Founded in 2022, Midjourney is an AI research lab dedicated to creating tools

17 that augment and expand the human imagination in the service of creating new, beautiful

18 imagery. Its namesake generative AI platform does just that, empowering tens of

19 millions of users—*including the studios that have sued it*—to express themselves in

20 ways that otherwise would not have been possible. For many, Midjourney has become

21 an essential tool for bringing their ideas to life, with users' images having won awards,

22 adorned magazine covers, appeared in national ads, and served as the bases for set

23 designs in an Oscar winning film.

24    The AI technology that powers Midjourney is a type of neural network designed

25 to produce original images in response to user instructions ("prompts"). To develop this

26 capability, Midjourney's AI models had to be trained on billions of publicly available

27

28 [1] Midjourney has not reproduced the headings incorporated into the Complaint. Midjourney denies any allegations contained in the headings in the Complaint.

images, which are paired with text descriptions, in order to learn visual concepts and how they correspond to language. During training, complex statistical relationships between visual features and words in the text-image pairs are encoded within the model, enabling it to understand and accurately respond to user prompts.

This process is akin to how humans learn to draw or paint—not by memorizing individual artworks, but by internalizing patterns and techniques through repeated exposure and practice. Similarly, Midjourney's models form a generalized understanding of visual styles, objects, and compositions based on statistical regularities in training data. When a user enters a prompt, the model doesn't retrieve an image from storage; rather, a new image is synthesized from scratch, guided by user instruction and the statistical patterns encoded within its artificial neurons.

Plaintiffs, for their part, have benefitted from and continue to benefit from Midjourney and other, similar generative AI tools. Indeed, a number of Midjourney subscribers are associated with Plaintiffs' corporate email addresses, and Midjourney is also a popular tool among the visual effects companies and other vendors employed by Plaintiffs.

Years after its launch, Plaintiffs now take aim at Midjourney in two ways. First, they allege that the process of training an AI model on billions of images violates their rights, even though only a small fraction of those images may contain individual frames from Plaintiffs' films and shows. As a matter of equity, Plaintiffs cannot have it both ways, seeking to profit—through their use of Midjourney and other generative AI tools—from industry-standard AI training practices on the one hand, while on the other hand accusing Midjourney of wrongdoing for the same. But Plaintiffs are also wrong on the merits. Copyright law does not confer absolute control over the use of copyrighted works. The limited monopoly granted by copyright must give way to fair use, which safeguards countervailing public interests in the free flow of ideas and information. Training a generative AI model to understand concepts by extracting statistical information embedded in copyrighted

works is a quintessentially transformative fair use – a determination resoundingly supported by courts that have considered the issue.  *See Kadrey v. Meta Platforms, Inc.*, 2025 WL 1752484, at *12 (N.D. Cal. June 25, 2025) (describing training as "highly transformative"); *Bartz v. Anthropic PBC*, 2025 WL 1741691, at *7 (N.D. Cal. June 23, 2025) (calling training "spectacularly" transformative).

Second, Plaintiffs complain that *Midjourney* has created and displayed images that incorporate characters from popular film and television series, that these images are *per se* infringing, and that Midjourney is liable for their creation.  They also level claims that Midjourney is responsible for user-generated videos, notwithstanding that video generation with Midjourney can, currently, only occur from an image prompt selected by a user.  Plaintiffs' framing is premised on mischaracterizations of how Midjourney works and its role in the creative process.  The Midjourney platform is an instrument for *user* expression.  It assists with the creation of images only at the direction of its users, guided by their instructions, in what is often an elaborate and time-consuming process of experimentation, iteration, and discovery.

And while Midjourney users are required by Midjourney's Terms of Service to refrain from infringing the intellectual property rights of others, including Plaintiffs' rights, the law does not require Midjourney to presuppose whether any particular image is infringing absent notice from a copyright owner and information regarding how the image is used.  The Midjourney service is capable of virtually limitless, inarguably non-infringing uses, including as to images incorporating characters from popular culture like those claimed by Plaintiffs, for which there are any number of legitimate, non-infringing grounds for creation including non-commercial fan art, experimentation and ideation, and social commentary and criticism.  Plaintiffs seek to stifle them all.

Plaintiffs could have—and should have—followed Midjourney's Digital Millennium Copyright Act notice and takedown procedure, codified in its Terms of Service, by identifying the specific images they believe are infringing and providing

the URLs where they are displayed.  Doing so would have afforded any accused Midjourney users the opportunity to respond.  Instead, Plaintiffs made sweeping allegations about Midjourney writ large, commenced this litigation, and are pursuing a path that chills lawful expression.

In the end, this case is not about Midjourney profiteering off of what Plaintiffs call "infringement."  Midjourney isn't.  Nor is it about any purported "harm" to Plaintiffs; they have identified none.  Rather, this case is about whether Plaintiffs' alleged copyrights entitle them to prohibit the use of their works to train generative AI models, and to prevent the incorporation of elements of those works within the creations of generative AI users, regardless of the contents of those creations and the ultimate ends to which users put them. Plaintiffs are not so entitled.  Copyright has "always been closely connected with freedom of expression, on the one hand, and [] technological improvements in means of dissemination, on the other," with the law recognizing that limited use of copyrighted material to create new technologies and mediums advances copyright's ultimate objective: the stimulation of creative expression for public benefit.  *Sony Corp. of Am. v. Universal City Studios, Inc.*, 464 U.S. 417, 431 fn. 12 (1984) (quotation omitted).  As Midjourney will establish, Plaintiffs' overreach rests on fundamental misunderstandings of generative AI, its role in user creation, and the principles underpinning copyright law.

As set forth below, Midjourney responds to the Complaint's specific allegations.

## **INTRODUCTION**

1.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 1, and on that basis denies the same.

2.    Midjourney denies the allegations and characterizations in paragraph 2.

3.    Midjourney denies the allegations and characterizations in paragraph 3.

4.    Midjourney admits that it temporarily stopped certain user prompts from

being used for video outputs.  Midjourney denies the remaining allegations and characterizations in paragraph 4.

5.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of Plaintiffs' allegations concerning the conduct of other generative AI services, and on that basis denies the same.  Midjourney denies the remaining allegations and characterizations in Paragraph 5.

6.    Midjourney admits that it recently launched its Midjourney TV feature, which broadcasts a continuous stream of video content created by Midjourney users. Midjourney denies the remaining allegations and characterizations in Paragraph 6.

7.    Midjourney denies Plaintiffs' allegation that Midjourney has knowledge of purported infringement, and Plaintiff's characterization of Midjourney's actions and disposition.  Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 7, and on that basis denies the same.

8.    Midjourney denies Plaintiffs' characterization of Midjourney's role in users' generation of images with the Midjourney Service.  Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 8, and on that basis denies the same.

9.    Midjourney denies Plaintiffs' characterization of Midjourney's role in users' generation of images with the Midjourney Service.  Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 9, and on that basis denies the same.

10.    Midjourney denies Plaintiffs' characterization of Midjourney's role in users' generation of images with the Midjourney Service.  Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 10, and on that basis denies the same.

11.    Midjourney denies Plaintiffs' characterization of Midjourney's role in users' generation of images with the Midjourney Service.  Midjourney lacks

knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 11, and on that basis denies the same.

12.    Midjourney denies Plaintiffs' characterization of Midjourney's role in users' generation of images with the Midjourney Service.  Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 12, and on that basis denies the same.

13.    Midjourney denies Plaintiffs' characterization of Midjourney's role in users' generation of images and video with the Midjourney Service.  Midjourney admits that its service enables users to create video from static images.  Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 13, and on that basis denies the same.

14.    Midjourney denies the allegations and characterizations in paragraph 14.

15.    Midjourney denies the allegations and characterizations in paragraph 15.

## THE PARTIES

16.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 16, and on that basis denies the same.

17.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 17, and on that basis denies the same.

18.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 18, and on that basis denies the same.

19.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 19, and on that basis denies the same.

20.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 20, and on that basis denies the same.

21.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 21, and on that basis denies the same.

22.    Midjourney admits the allegations in paragraph 22.

## JURISDICTION AND VENUE

23.    The allegations in this paragraph state a legal conclusion to which no response is required.  To the extent a response is deemed required, Midjourney admits that this action purports to arise under the copyright laws of the United States, 17 U.S.C. § 101 *et seq.*, and that the Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a), provided that standing and other requirements are met.  Except as expressly admitted, Midjourney denies the allegations set forth in paragraph 23.

24.    The allegations in this paragraph state a legal conclusion to which no response is required.  To the extent a response is deemed to be required, Midjourney admits that this Court has personal jurisdiction over it with respect to the instant action.  Except as expressly admitted, Midjourney denies the allegations in paragraph 24.

25.    Midjourney denies the allegations and characterizations in paragraph 25.

26.    The allegations in this paragraph state a legal conclusion to which no response is required.  To the extent a response is deemed to be required, Midjourney admits that venue is proper in this Court with respect to the instant action.  Except as expressly admitted, Midjourney denies the allegations in paragraph 26.

27.    The allegations in this paragraph state a legal conclusion to which no response is required.  To the extent a response is deemed to be required, Midjourney

admits that venue is proper in this Court with respect to the instant action. However, Midjourney denies that it purposefully directed its activities toward this District or that venue is proper under 28 U.S.C. § 1400(a).

        a.     Midjourney denies the allegations in paragraph 27(a).

        b.     Midjourney denies the allegations in paragraph 27(b).

        c.     Midjourney denies the allegations in paragraph 27(c).

        d.     Midjourney admits that some Midjourney subscribers are located in this District, that those users must engage with the same sign-up flow as every other user, and that Midjourney has accepted payment for subscriptions from users located in this District. Midjourney denies the remaining allegations in paragraph 27(d).

        e.     Midjourney admits that it has at least one employee who resides in Los Angeles, California, which is in this District. Midjourney denies the remaining allegations in paragraph 27(e).

        f.     Midjourney admits that Midjourney CEO, David Holz, is quoted in a Forbes interview making the statements excerpted in paragraph 27(f). Midjourney further admits that it promotes its services to professionals in the creative industries, and that many creatives working for and on behalf of Plaintiffs are or have been Midjourney subscribers. To the extent the allegations set forth in this paragraph purport to summarize or characterize the contents of the article located at https://www.forbes.com/sites/robsalkowitz/2022/09/16/midjourney-founder-david-holz-on-the-impact-of-ai-on-art-imagination-and-the-creative-economy/, such article speaks for itself. Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in paragraph 27(f), and on that basis denies the same.

28.     Midjourney denies the allegations in paragraph 28.

## FACTUAL ALLEGATIONS

29.     Midjourney lacks knowledge and information sufficient to form a belief

1  as to the truth of the allegations in paragraph 29, and on that basis denies the same.

2      30.    Midjourney lacks knowledge and information sufficient to form a belief

3  as to the truth of the allegations in paragraph 30, and on that basis denies the same.

4      31.    Midjourney lacks knowledge and information sufficient to form a belief

5  as to the truth of the allegations in paragraph 31, and on that basis denies the same.

6      32.    Midjourney admits that certain characters associated with DC comic

7  books have been the subject of various audiovisual series, theme park attractions, and

8  merchandise.  Midjourney lacks knowledge and information sufficient to form a

9  belief as to the truth of the allegations in paragraph 32, and on that basis denies the

10  same.

11      33.    Midjourney lacks knowledge and information sufficient to form a belief

12  as to the truth of the allegations in paragraph 33, and on that basis denies the same.

13      34.    Midjourney lacks knowledge and information sufficient to form a belief

14  as to the truth of the allegations in paragraph 34, and on that basis denies the same.

15      35.    Midjourney admits that Superman is a superhero character depicted in

16  certain DC brand comics and films and derivations thereof, and that the character

17  possesses at least some of the visual and narrative characteristics attributed to him in

18  paragraph 35. Midjourney lacks knowledge and information sufficient to form a

19  belief as to the truth of the remaining allegations in paragraph 35, and on that basis

20  denies the same.

21      36.    Midjourney admits that Batman is a superhero character depicted in

22  certain DC brand comics and films and derivations thereof, and that the character

23  possesses at least some of the visual and narrative characteristics attributed to him in

24  paragraph 36. Midjourney lacks knowledge and information sufficient to form a

25  belief as to the truth of the remaining allegations in paragraph 36, and on that basis

26  denies the same.

27      37.    Midjourney admits that The Joker is a villain character depicted in

28  certain DC brand comics and films and derivations thereof, and that the character

1   possesses at least some of the visual and narrative characteristics attributed to him in

2   paragraph 37. Midjourney lacks knowledge and information sufficient to form a

3   belief as to the truth of the remaining allegations in paragraph 37, and on that basis

4   denies the same.

5        38.    Midjourney admits that Flash is a superhero character depicted in certain

6   DC brand comics and films and derivations thereof, and that the character possesses

7   at least some of the visual and narrative characteristics attributed to him in paragraph

8   38. Midjourney lacks knowledge and information sufficient to form a belief as to the

9   truth of the remaining allegations in paragraph 38, and on that basis denies the same.

10       39.    Midjourney admits that Wonder Woman is a superhero character

11  depicted in certain DC brand comics and films and derivations thereof, and that the

12  character possesses at least some of the visual and narrative characteristics attributed

13  to her in paragraph 39. Midjourney lacks knowledge and information sufficient to

14  form a belief as to the truth of the remaining allegations in paragraph 39, and on that

15  basis denies the same.

16       40.    Midjourney admits that *Teen Titans Go!* is an animated series featuring

17  teenage versions of certain characters from DC brand comics and films, including the

18  character Robin. Midjourney lacks knowledge and information sufficient to form a

19  belief as to the truth of the remaining allegations in paragraph 40, and on that basis

20  denies the same.

21       41.    Midjourney lacks knowledge and information sufficient to form a belief

22  as to the truth of the allegations in paragraph 41, and on that basis denies the same.

23       42.    Midjourney admits that Looney Tunes characters have been featured in

24  various mediums, including film, television, comic books, theme park attractions,

25  and video games.  Midjourney lacks knowledge and information sufficient to form a

26  belief as to the truth of the remaining allegations in paragraph 42, and on that basis

27  denies the same.

28       43.    Midjourney admits that Bugs Bunny is a cartoon character depicted in

certain Looney Tunes television series and derivations thereof, and that the character possesses at least some of the visual and narrative characteristics attributed to him in paragraph 43. Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in paragraph 43, and on that basis denies the same.

44.    Midjourney admits that Daffy Duck, Sylvester the Cat, and Tweet are cartoon characters depicted in certain Looney Tunes television series and derivations thereof, and that these characters possess at least some of the visual and narrative characteristics attributed to them in paragraph 44. Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in paragraph 44 and on that basis denies the same.

45.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 45, and on that basis denies the same.

46.    Midjourney admits that Tom and Jerry is an animated cartoon series. Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in paragraph 46 and on that basis denies the same.

47.    Midjourney admits that Tom and Jerry are cartoon characters and that they possess at least some of the visual and narrative characteristics attributed to them in paragraph 47. Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in paragraph 47 and on that basis denies the same.

48.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 48, and on that basis denies the same.

49.    Midjourney admits that Scooby-Doo is an animated television series featuring four teenagers and their dog, Scooby-Doo, who solve mysteries and use a van referred to as Mystery Machine.  Midjourney further admits that derivations of the series have been depicted in several television and film productions.  Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the

1    remaining allegations in paragraph 49 and on that basis denies the same.

2        50.    Midjourney lacks knowledge and information sufficient to form a belief

3    as to the truth of the allegations in paragraph 50, and on that basis denies the same.

4        51.    Midjourney admits that the character Scooby-Doo possess at least some

5    of the visual and narrative characteristics attributed to him in paragraph 51.

6    Midjourney lacks knowledge and information sufficient to form a belief as to the

7    truth of the remaining allegations in paragraph 51 and on that basis denies the same.

8        52.    Midjourney lacks knowledge and information sufficient to form a belief

9    as to the truth of the allegations in paragraph 52, and on that basis denies the same.

10        53.    Midjourney admits that The Cartoon Network is a cable television

11    network that features animated television series.  Midjourney lacks knowledge and

12    information sufficient to form a belief as to the truth of the remaining allegations in

13    paragraph 53 and on that basis denies the same.

14        54.    Midjourney admits that The Powerpuff Girls is an animated television

15    and film series featuring three kindergarten-aged girls, Blossom, Bubbles, and

16    Buttercup, who fight crime in the fictional city of Townsville. Midjourney lacks

17    knowledge and information sufficient to form a belief as to the truth of the remaining

18    allegations in paragraph 54 and on that basis denies the same.

19        55.    Midjourney admits that the Powerpuff Girls possess at least some of the

20    visual and narrative characteristics attributed to them in paragraph 55. Midjourney

21    lacks knowledge and information sufficient to form a belief as to the truth of the

22    remaining allegations in paragraph 55 and on that basis denies the same.

23        56.    Midjourney admits that the Powerpuff Girls possess at least some of the

24    visual and narrative characteristics attributed to them in paragraph 56. Midjourney

25    lacks knowledge and information sufficient to form a belief as to the truth of the

26    remaining allegations in paragraph 56 and on that basis denies the same.

27        57.    Midjourney lacks knowledge and information sufficient to form a belief

28    as to the truth of the allegations in paragraph 57, and on that basis denies the same.

COOLEY LLP
ATTORNEYS AT LAW

11

58.    Midjourney admits that Rick and Morty is an animated television series that has appeared under the brand "Adult Swim" and features the characters Rick and Morty, who possess at least some of the narrative characteristics attributed to them in paragraph 58.  Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in paragraph 58 and on that basis denies the same.

59.    Midjourney admits that characters Rick and Morty possess at least some of the narrative characteristics attributed to them in paragraph 59.  Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in paragraph 59 and on that basis denies the same.

60.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 60 and on that basis denies the same.

61.    To the extent the allegations set forth in this paragraph purport to summarize or characterize the contents of the articles located at https://techcrunch.com/2024/08/28/midjourney-says-its-getting-into-hardware/, https://www.demandsage.com/midjourney-statistics/, and https://seo.ai/blog/how-many-people-work-at-midjourney such articles speak for themselves.  Midjourney denies that it earned $300 million in 2024.  Midjourney admits the remaining allegations in paragraph 61.

62.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegation that each and every Plaintiff was unaware of Midjourney at the time of its launch, and on that basis denies the same. Midjourney admits the remaining allegations in paragraph 62 relating to its releases and subscription-based offering and the referenced website speaks for itself.

63.    Midjourney admits the allegations in paragraph 63.

64.    Midjourney denies Plaintiffs' characterization of Midjourney's role in users' generation of images and video with Midjourney's services.  Midjourney admits the remaining allegations in paragraph 64.

65. Midjourney denies Plaintiffs' characterization of Midjourney's encouragement or promotion of the use of any particular Midjourney feature. Midjourney lacks knowledge or information sufficient to form a belief as to the accuracy of the image incorporated in paragraph 65, and on that basis denies the same. Midjourney admits the remaining allegations in paragraph 65 concerning the operation of its video generation feature.

66. Midjourney admits the allegations in paragraph 66.

67. Midjourney admits the allegations in paragraph 67.

68. Midjourney denies Plaintiffs' characterization of Midjourney's role in users' generation of images with Midjourney's services. Midjourney admits the remaining allegations in paragraph 68.

69. Midjourney admits the allegations in paragraph 69.

70. Midjourney admits that many images generated by Midjourney users are displayed in the Explore feature on the Midjourney website. Midjourney denies the remaining allegations and characterizations in paragraph 70.

71. Midjourney admits that many videos generated by Midjourney users are displayed on the Midjourney TV feature, which publicly launched in late July 2025 at the URL midjourney.tv and on Midjourney's YouTube page. Midjourney denies the remaining allegations and characterizations in paragraph 71.

72. Midjourney denies the allegation in paragraph 72.

73. Midjourney denies the allegations in paragraph 73.

74. Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the image attributed to Midjourney and/or used the prompt alleged, and on that basis denies the same. Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same. Midjourney denies the remaining allegations and characterizations in paragraph 74.

75. Midjourney lacks knowledge and information sufficient to form a belief

1   as to whether a Midjourney user created the image attributed to Midjourney and/or
2   used the prompt alleged, and on that basis denies the same.  Midjourney also lacks
3   knowledge and information sufficient to form a belief as to whether any Plaintiff
4   owns copyrights in the asserted works, and on that basis denies the same.  Midjourney
5   denies the remaining allegations and characterizations in paragraph 75.

6       76.    Midjourney lacks knowledge and information sufficient to form a belief
7   as to whether a Midjourney user created the image attributed to Midjourney and/or
8   used the prompt alleged, and on that basis denies the same.  Midjourney also lacks
9   knowledge and information sufficient to form a belief as to whether any Plaintiff
10  owns copyrights in the asserted works, and on that basis denies the same.  Midjourney
11  denies the remaining allegations and characterizations in paragraph 76.

12      77.    Midjourney lacks knowledge and information sufficient to form a belief
13  as to whether a Midjourney user created the image attributed to Midjourney and/or
14  used the prompt alleged, and on that basis denies the same.  Midjourney also lacks
15  knowledge and information sufficient to form a belief as to whether any Plaintiff
16  owns copyrights in the asserted works, and on that basis denies the same.  Midjourney
17  denies the remaining allegations and characterizations in paragraph 77.

18      78.    Midjourney lacks knowledge and information sufficient to form a belief
19  as to whether a Midjourney user created the image attributed to Midjourney and/or
20  used the prompt alleged, and on that basis denies the same.  Midjourney also lacks
21  knowledge and information sufficient to form a belief as to whether any Plaintiff
22  owns copyrights in the asserted works, and on that basis denies the same.  Midjourney
23  denies the remaining allegations and characterizations in paragraph 78.

24      79.    Midjourney lacks knowledge and information sufficient to form a belief
25  as to whether a Midjourney user created the image attributed to Midjourney and/or
26  used the prompt alleged, and on that basis denies the same.  Midjourney also lacks
27  knowledge and information sufficient to form a belief as to whether any Plaintiff
28  owns copyrights in the asserted works, and on that basis denies the same.  Midjourney

1    denies the remaining allegations and characterizations in paragraph 79.

2        80.    Midjourney lacks knowledge and information sufficient to form a belief

3    as to whether a Midjourney user created the image attributed to Midjourney and/or

4    used the prompt alleged, and on that basis denies the same.  Midjourney also lacks

5    knowledge and information sufficient to form a belief as to whether any Plaintiff

6    owns copyrights in the asserted works, and on that basis denies the same.  Midjourney

7    denies the remaining allegations and characterizations in paragraph 80.

8        81.    Midjourney lacks knowledge and information sufficient to form a belief

9    as to whether a Midjourney user created the image attributed to Midjourney and/or

10    used the prompt alleged, and on that basis denies the same.  Midjourney also lacks

11    knowledge and information sufficient to form a belief as to whether any Plaintiff

12    owns copyrights in the asserted works, and on that basis denies the same.  Midjourney

13    denies the remaining allegations and characterizations in paragraph 81.

14        82.    Midjourney lacks knowledge and information sufficient to form a belief

15    as to whether a Midjourney user created the image attributed to Midjourney and/or

16    used the prompt alleged, and on that basis denies the same.  Midjourney also lacks

17    knowledge and information sufficient to form a belief as to whether any Plaintiff

18    owns copyrights in the asserted works, and on that basis denies the same.  Midjourney

19    denies the remaining allegations and characterizations in paragraph 82.

20        83.    Midjourney lacks knowledge and information sufficient to form a belief

21    as to whether a Midjourney user created the image attributed to Midjourney and/or

22    used the prompt alleged, and on that basis denies the same.  Midjourney also lacks

23    knowledge and information sufficient to form a belief as to whether any Plaintiff

24    owns copyrights in the asserted works, and on that basis denies the same.  Midjourney

25    denies the remaining allegations and characterizations in paragraph 83.

26        84.    Midjourney lacks knowledge and information sufficient to form a belief

27    as to whether a Midjourney user created the image attributed to Midjourney and/or

28    used the prompt alleged, and on that basis denies the same.  Midjourney also lacks

1   knowledge and information sufficient to form a belief as to whether any Plaintiff

2   owns copyrights in the asserted works, and on that basis denies the same. Midjourney

3   denies the remaining allegations and characterizations in paragraph 84.

4       85.    Midjourney lacks knowledge and information sufficient to form a belief

5   as to whether a Midjourney user created the image attributed to Midjourney and/or

6   used the prompt alleged, and on that basis denies the same. Midjourney also lacks

7   knowledge and information sufficient to form a belief as to whether any Plaintiff

8   owns copyrights in the asserted works, and on that basis denies the same. Midjourney

9   denies the remaining allegations and characterizations in paragraph 85.

10      86.    Midjourney lacks knowledge and information sufficient to form a belief

11  as to whether a Midjourney user created the image attributed to Midjourney and/or

12  used the prompt alleged, and on that basis denies the same. Midjourney also lacks

13  knowledge and information sufficient to form a belief as to whether any Plaintiff

14  owns copyrights in the asserted works, and on that basis denies the same. Midjourney

15  denies the remaining allegations and characterizations in paragraph 86.

16      87.    Midjourney lacks knowledge and information sufficient to form a belief

17  as to whether a Midjourney user created the image attributed to Midjourney and/or

18  used the prompt alleged, and on that basis denies the same. Midjourney also lacks

19  knowledge and information sufficient to form a belief as to whether any Plaintiff

20  owns copyrights in the asserted works, and on that basis denies the same. Midjourney

21  denies the remaining allegations and characterizations in paragraph 87.

22      88.    Midjourney lacks knowledge and information sufficient to form a belief

23  as to whether a Midjourney user created the image attributed to Midjourney and/or

24  used the prompt alleged, and on that basis denies the same. Midjourney also lacks

25  knowledge and information sufficient to form a belief as to whether any Plaintiff

26  owns copyrights in the asserted works, and on that basis denies the same. Midjourney

27  denies the remaining allegations and characterizations in paragraph 88.

28      89.    Midjourney lacks knowledge and information sufficient to form a belief

1   as to whether a Midjourney user created the image attributed to Midjourney and/or
2   used the prompt alleged, and on that basis denies the same.  Midjourney also lacks
3   knowledge and information sufficient to form a belief as to whether any Plaintiff
4   owns copyrights in the asserted works, and on that basis denies the same.  Midjourney
5   denies the remaining allegations and characterizations in paragraph 89.

6       90.    Midjourney lacks knowledge and information sufficient to form a belief
7   as to whether a Midjourney user created the image attributed to Midjourney and/or
8   used the prompt alleged, and on that basis denies the same.  Midjourney also lacks
9   knowledge and information sufficient to form a belief as to whether any Plaintiff
10  owns copyrights in the asserted works, and on that basis denies the same.  Midjourney
11  denies the remaining allegations and characterizations in paragraph 90.

12      91.    Midjourney lacks knowledge and information sufficient to form a belief
13  as to whether a Midjourney user created the image attributed to Midjourney and/or
14  used the prompt alleged, and on that basis denies the same.  Midjourney also lacks
15  knowledge and information sufficient to form a belief as to whether any Plaintiff
16  owns copyrights in the asserted works, and on that basis denies the same.  Midjourney
17  denies the remaining allegations and characterizations in paragraph 91.

18      92.    Midjourney lacks knowledge and information sufficient to form a belief
19  as to whether a Midjourney user created the image attributed to Midjourney and/or
20  used the prompt alleged, and on that basis denies the same.  Midjourney also lacks
21  knowledge and information sufficient to form a belief as to whether any Plaintiff
22  owns copyrights in the asserted works, and on that basis denies the same.  Midjourney
23  denies the remaining allegations and characterizations in paragraph 92.

24      93.    Midjourney lacks knowledge and information sufficient to form a belief
25  as to whether a Midjourney user created the image attributed to Midjourney and/or
26  used the prompt alleged, and on that basis denies the same.  Midjourney also lacks
27  knowledge and information sufficient to form a belief as to whether any Plaintiff
28  owns copyrights in the asserted works, and on that basis denies the same.  Midjourney

1    denies the remaining allegations and characterizations in paragraph 93.

2    94.    Midjourney lacks knowledge and information sufficient to form a belief

3    as to whether a Midjourney user created the image attributed to Midjourney and/or

4    used the prompt alleged, and on that basis denies the same.  Midjourney also lacks

5    knowledge and information sufficient to form a belief as to whether any Plaintiff

6    owns copyrights in the asserted works, and on that basis denies the same.  Midjourney

7    denies the remaining allegations and characterizations in paragraph 94.

8    95.    Midjourney denies Plaintiffs' characterization of Midjourney's role in

9    users' generation of images with the Midjourney Service.  Midjourney lacks

10    knowledge and information sufficient to form a belief as to the truth of the remaining

11    allegations set forth in paragraph 95, and on that basis denies the same.

12    96.    Midjourney lacks knowledge and information sufficient to form a belief

13    as to whether a Midjourney user created the images and/or videos attributed to

14    Midjourney, and on that basis denies the same.  Midjourney also lacks knowledge

15    and information sufficient to form a belief as to whether any Plaintiff owns

16    copyrights in the asserted works, and on that basis denies the same.  Midjourney

17    denies the remaining allegations and characterizations in paragraph 96.

18    97.    Midjourney lacks knowledge and information sufficient to form a belief

19    as to whether a Midjourney user created the images attributed to Midjourney and/or

20    the detail of any associated prompts, and on that basis denies the same.  Midjourney

21    also lacks knowledge and information sufficient to form a belief as to whether any

22    Plaintiff owns copyrights in the asserted works, and on that basis denies the same.

23    Midjourney denies the remaining allegations and characterizations in paragraph 97.

24    98.    Midjourney lacks knowledge and information sufficient to form a belief

25    as to Plaintiffs' purported ownership of copyright in any particular work, and on that

26    basis denies the same.  Midjourney denies the remaining allegations in paragraph 98.

27    99.    Midjourney lacks knowledge and information sufficient to form a belief

28    as to Plaintiffs' beliefs about Midjourney's conduct, and on that basis denies the

1    same.

2         a.    Midjourney lacks knowledge and information sufficient to form

3    a belief as to whether data collected to train Midjourney's models includes Plaintiffs'

4    alleged works, and on that basis denies the same.  Midjourney further denies

5    Plaintiffs' characterizations of Mr. Holz's alleged statements as admissions.  To the

6    extent the allegations set forth in this paragraph purport to summarize or characterize

7    the        contents        of        the        articles        located        at

8    https://www.theverge.com/2022/8/2/23287173/ai-image-generation-art-

9    midjourney-multiverse-interview-david-holz                              and

10   https://www.forbes.com/sites/robsalkowitz/2022/09/16/midjourney-founder-david-

11   holz-on-the-impact-of-ai-on-art-imagination-and-the-creative-economy/,        such

12   articles speak for themselves.  Midjourney admits the remaining allegations in

13   paragraph 99(a).

14        b.    Midjourney lacks knowledge and information sufficient to form

15   a belief as to whether data collected to train Midjourney's models includes Plaintiffs'

16   alleged works, and on that basis denies the same.  Midjourney admits the remaining

17   allegations in paragraph 99(b).

18        c.    Midjourney admits that it uses publicly available images to train

19   its generative AI models, and that the specifics of this process have not been publicly

20   disclosed.  Midjourney denies the remaining allegations in paragraph 99(c).

21        100.   Midjourney denies the allegations in paragraph 100.

22        101.   Midjourney admits that it has trained several generative AI models and

23   that training involves the use of publicly available images.  Midjourney further

24   admits that its CEO has stated that version 6 was Midjourney's third model trained

25   from scratch.  Midjourney lacks knowledge and information sufficient to form a

26   belief as to Plaintiffs' purported ownership of copyright in any particular work, and

27   on that basis denies the same.  Midjourney denies the remaining allegations in

28   paragraph 101.

102. Midjourney denies that it has infringed Plaintiffs' copyrights. Midjourney lacks knowledge and information sufficient to form a belief as to the remaining allegations in paragraph 102, and on that basis denies the same.

103. Midjourney denies the allegations and characterizations in paragraph 103.

104. Midjourney lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same. Midjourney denies the remaining allegations and characterizations in paragraph 104.

105. Midjourney admits that the URL https://discord.com/channels/662267976984297473/945077390839787570/1385018185140539565 links to the identified Midjourney user image and prompt on Discord. Midjourney lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same. Midjourney denies the remaining allegations and characterizations in paragraph 105.

106. Midjourney admits that the URL https://discord.com/channels/662267976984297473/941582479117127680/1394094954363752478 links to the identified Midjourney user image and prompt on Discord. Midjourney denies the remaining allegations and characterizations in paragraph 106.

107. Midjourney admits that the URL https://discord.com/channels/662267976984297473/945077390839787570/1392613391339622511 links to the identified Midjourney user image and prompt on Discord. Midjourney denies the remaining allegations and characterizations in paragraph 107.

108. Midjourney admits that the URL https://discord.com/channels/662267976984297473/945077390839787570/135782

1    2922957525052 links to the identified Midjourney user image and prompt on

2    Discord.    Midjourney denies the remaining allegations and characterizations in

3    paragraph 108.

4        109.    Midjourney denies Plaintiffs' characterization of Midjourney's role in

5    users' generation of images with the Midjourney Service.    Midjourney lacks

6    knowledge and information sufficient to form a belief as to the truth of the remaining

7    allegations set forth in paragraph 109, and on that basis denies the same.

8        110.    Midjourney lacks knowledge and information sufficient to form a belief

9    as to the truth of the allegations set forth in paragraph 110, and on that basis denies

10    the same.

11        111.    Midjourney lacks knowledge and information sufficient to form a belief

12    as to the truth of the allegations set forth in paragraph 111, and on that basis denies

13    the same.

14        112.    Midjourney lacks knowledge and information sufficient to form a belief

15    as to the truth of the allegations set forth in paragraph 112, and on that basis denies

16    the same.

17        113.    Midjourney lacks knowledge and information sufficient to form a belief

18    as to the truth of the allegation that the identified images are "on Midjourney's own

19    Discord server."  Midjourney denies the remaining allegations in paragraph 113.

20        114.    Midjourney admits that the image identified in paragraph 114

21    corresponds                    to                    the                    URL

22    https://www.instagram.com/earthdwelling/reel/DM4y0xiTDyp/, which speaks for

23    itself.    Midjourney lacks knowledge and information sufficient to form a belief

24    regarding the remaining allegations in paragraph 114, and on that basis denies the

25    same.

26        115.    Midjourney admits that the image identified in paragraph 115

27    corresponds to the URL https://www.instagram.com/reel/DLkSp-yNvNb/, which

28    speaks for itself.  Midjourney lacks knowledge and information sufficient to form a

1  belief regarding the remaining allegations in paragraph 115, and on that basis denies

2  the same

3      116.   Midjourney lacks knowledge and information sufficient to form a belief

4  regarding the allegations in paragraph 116, and on that basis denies the same.

5      117.   Midjourney admits that the image identified in paragraph 117 can be

6  found   at   the   URL   https://promptbase.com/prompt/bruce-timm-animation-

7  charadesigned, which speaks for itself.   Midjourney lacks knowledge and

8  information sufficient to form a belief regarding the remaining allegations in

9  paragraph 117, and on that basis denies the same.

10     118.   Midjourney admits that the image identified in paragraph 118 can be

11  found   at   the   URL   https://promptbase.com/prompt/alex-ross-iconic-covers-dc-

12  comics, which speaks for itself.   Midjourney lacks knowledge and information

13  sufficient to form a belief regarding the remaining allegations in paragraph 118, and

14  on that basis denies the same.

15     119.   Midjourney admits that some individuals have been critical of

16  Midjourney, just as some individuals have been critical of each of the Plaintiffs.   To

17  the extent the allegations set forth in this paragraph purport to summarize or

18  characterize   the   contents   of   the   article   located   at

19  https://spectrum.ieee.org/midjourney-copyright, such article speaks for itself.

20  Midjourney lacks knowledge and information sufficient to form a belief as to whether

21  a Midjourney user created the images attributed to Midjourney or the prompts

22  allegedly used, and on that basis denies the same.   Midjourney also lacks knowledge

23  and information sufficient to form a belief as to whether any Plaintiff owns

24  copyrights in the asserted works, and on that basis denies the same.   Midjourney

25  denies the remaining allegations and characterizations in paragraph 119.

26     120.   To the extent the allegations set forth in this paragraph purport to

27  summarize   or   characterize   the   contents   of   the   articles   located   at

28  https://www.nytimes.com/interactive/2024/01/25/business/ai-image-generators-

1   openai-microsoft-midjourney-copyright.html                                and

2   https://www.businessinsider.com/generative-ai-models-trademarked-characters-

3   images-study-text-phrase-prompts-2024-1, such articles speak for themselves.

4   Midjourney further admits that it declined to comment on the New York Times

5   article.  Midjourney denies the remaining allegations in paragraph 120.

6       121.  To the extent the allegations set forth in this paragraph purport to

7   summarize   or   characterize   the   contents   of   the   article   located   at

8   https://garymarcus.substack.com/p/an-artist-fights-back-and-midjourney,        such

9   article speaks for itself.  Midjourney admits that it terminated Mr. Reid Southern's

10  Midjourney  account.     Midjourney  denies  the  remaining  allegations  and

11  characterizations in paragraph 121.

12      122.  Midjourney denies the allegations in paragraph 122.

13      123.  Midjourney denies the allegations and characterizations in paragraph

14  123.

15      124.  Midjourney denies the allegations in paragraph 124.

16      125.  Midjourney denies that it has infringed copyrighted works and, on that

17  basis, denies the allegations and characterizations in paragraph 125.

18      126.  Midjourney admits that it uses technical measures to prevent the

19  generation  of  certain  content  including  nudity  and  certain  violent  content.

20  Midjourney denies the remaining allegations in paragraph 126.

21      127.  Midjourney admits that the image excerpted in paragraph 127 appears

22  to display an error message in response to a prompt submitted by a Midjourney user.

23  Midjourney lacks knowledge and information sufficient to form a belief as to the

24  truth of the remaining allegations set forth in paragraph 127, and on that basis denies

25  the same.

26      128.  Midjourney admits that certain error messages on the Midjourney

27  platform reflect Midjourney's Community Standards, which include prohibitions on

28  the conduct quoted in paragraph 128.  Midjourney denies the remaining allegations

1    in paragraph 128.

2         129.    Midjourney admits the allegations in paragraph 129.

3         130.    Midjourney admits that it temporarily stopped certain user prompts from

4    being used for video outputs. Midjourney denies the remaining allegations and

5    characterizations in paragraph 130.

6         131.    Midjourney admits that it temporarily stopped certain user prompts from

7    being used for video outputs. Midjourney denies the remaining allegations and

8    characterizations in paragraph 131.

9         132.    Midjourney denies the allegations in paragraph 132.

10        133.    Midjourney admits that images and video created by Midjourney users

11   may be displayed within Midjourney's Explore feature, which is searchable.

12   Midjourney lacks knowledge and information sufficient to form a belief as to whether

13   the image depicted in paragraph 133 is a true and correct screenshot of the

14   Midjourney website.    Midjourney denies the remaining allegations and

15   characterizations in paragraph 133.

16        134.    Midjourney denies the allegations and characterizations in paragraph

17   134.

18        135.    Midjourney admits that it has implemented a filter of certain terms from

19   its Explore feature, including "batman" and variations thereof, and that searches for

20   such terms return the text "nothing to see now." Midjourney lacks knowledge and

21   information sufficient to form a belief as to whether the image depicted in paragraph

22   135 is a true and correct screenshot of the Midjourney website. Midjourney denies

23   the remaining allegations and characterizations in paragraph 135.

24        136.    Midjourney denies the allegations in paragraph 136.

25        137.    Midjourney lacks knowledge and information sufficient to form a belief

26   as to whether the image depicted in paragraph 137 is a true and correct screenshot of

27   the Midjourney website.    Midjourney denies the remaining allegations and

28   characterizations in paragraph 137.

138.   Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 138 is a true and correct screenshot of the Midjourney website.   Midjourney denies the remaining allegations and characterizations in paragraph 138.

139.   Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 139 is a true and correct screenshot of the Midjourney website.   Midjourney denies the remaining allegations and characterizations in paragraph 139.

140.   Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 140 is a true and correct screenshot of the Midjourney website.   Midjourney denies the remaining allegations and characterizations in paragraph 140.

141.   Midjourney denies the allegations and characterizations in paragraph 141.

142.   Midjourney admits that its service includes a feature enabling users to drag generations displayed on its Explore page into the prompt bar to create new images.   Midjourney denies the remaining allegations and characterizations in paragraph 142.

143.   Midjourney admits that it temporarily stopped certain user prompts from being used for video outputs.   Midjourney denies the remaining allegations and characterizations in paragraph 143.

144.   Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 144, and on that basis denies the same.

145.   Midjourney admits that its Terms of Service entitle Midjourney to terminate access to and use of the service to users who engage in repeated acts of copyright infringement.   Midjourney denies the remaining allegations and characterizations in paraph 145.

146.   Midjourney admits that following the launch of Midjourney TV, Midjourney's CEO indicated that Midjourney plans to continue deploying new versions of its services.   Midjourney denies the remaining allegations and characterizations in paragraph 146.

147.   Midjourney denies the allegations in paragraph 147.

148.   Midjourney denies that its conduct usurps Plaintiffs' control over the exercise of their rights in copyright works and interferes with their exploitation and licensing strategies.  Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 148, and on that basis denies the same.

149.   Midjourney denies the allegations in paragraph 149.

150.   Midjourney lacks knowledge and information sufficient to form a belief as to the truth of Plaintiffs' allegation that Midjourney competes with companies that have negotiated with Plaintiffs for licenses to their copyrighted content, and on that basis denies the same.  Midjourney denies the remaining allegations in paragraph 150.

151.   Midjourney denies the allegations in paragraph 151, including but not limited to the allegation that it is "contributing to consumer confusion regarding what is lawful."

152.   Midjourney denies the allegations in paragraph 152.

## FIRST CLAIM FOR RELIEF

### (Alleged Direct Copyright Infringement)

153.   Midjourney incorporates by reference its responses to the preceding paragraphs above as though fully set forth herein.

154.   Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 154, and on that basis denies the same.

155.   Midjourney denies the allegations in paragraph 155.

156. Midjourney denies the allegations in paragraph 156.

157. Midjourney denies the allegations in paragraph 157.

158. Midjourney denies the allegations in paragraph 158.

159. Midjourney denies the allegations in paragraph 159.

160. Midjourney denies the allegations in paragraph 160.

161. Midjourney denies the allegations in paragraph 161.

162. Midjourney denies the allegations in paragraph 162.

163. Midjourney denies the allegations in paragraph 163.

## SECOND CLAIM FOR RELIEF

### (Alleged Secondary Copyright Infringement)

164. Midjourney incorporates by reference its responses to the preceding paragraphs above as though fully set forth herein.

165. Paragraph 165 contains characterizations of Plaintiffs' pleading strategy, to which no response is required. Midjourney denies the remaining allegations in paragraph 165.

166. Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 166 and referenced Exhibit A, and on that basis denies the same.

167. Midjourney denies the allegations in paragraph 167.

168. Midjourney lacks knowledge and information sufficient to form a belief as to the truth of whether Plaintiffs have consented to any particular image created by a Midjourney user. Midjourney denies the remaining allegations in paragraph 168.

169. Midjourney denies the allegations and characterizations in paragraph 169.

170. Midjourney denies the allegations and characterizations in paragraph 170.

171. Midjourney denies the allegations and characterizations in paragraph

COOLEY LLP
ATTORNEYS AT LAW

27

DEFENDANT'S ANSWER TO COMPLAINT
CASE NO. 2:25-CV-08376-JAK-E

171.

172.  Midjourney admits that it has the right and ability to moderate user prompts.  Midjourney denies the remaining allegations in paragraph 172.

173.  Midjourney admits that it prevents users from creating certain images, including images reflecting hate speech and nudity, among others.  Midjourney denies that it is infringing Plaintiffs' copyrighted works.  Midjourney lacks knowledge and information sufficient to form a belief as to the truth of Plaintiffs' allegations concerning infringement prevention measures taken by Midjourney competitors, and on that basis denies the same.  Midjourney denies the remaining allegations in paragraph 173.

174.  Midjourney denies the allegations in paragraph 174.

175.  Midjourney admits that it provides additional generations and features to subscribers to premium subscription plans.  Midjourney further admits that its revenues surpassed $200 million in 2023, and that, as of September 2024, Midjourney had nearly 21 million subscribers.  Midjourney denies the remaining allegations in paragraph 175.

176.  Midjourney denies the allegations in paragraph 176.

177.  Midjourney denies the allegations in paragraph 177.

178.  Midjourney denies the allegations in paragraph 178.

179.  Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegation regarding measures taken by other generative AI services, and on that basis denies the same.  Midjourney denies that it has infringed Plaintiffs' alleged copyrights, and on that basis denies the remaining allegations and characterizations in paragraph 179.

180.  Midjourney denies the allegations in paragraph 180.

181.  Midjourney denies the allegations in paragraph 181.

182.  Midjourney denies the allegations in paragraph 182.

183.  Midjourney denies the allegations in paragraph 183.

184.    Midjourney denies the allegations in paragraph 184.

185.    Midjourney denies the allegations in paragraph 185.

186.    Midjourney denies the allegations in paragraph 186.

187.    Midjourney denies the allegations in paragraph 187.

## PRAYER FOR RELIEF

Midjourney denies that Plaintiffs are entitled to any relief whatsoever, including but not limited to the relief sought in the section of the Complaint titled "Prayer for Relief."   To the extent that the "Prayer for Relief" contains any allegations, Midjourney denies the same.

## AFFIRMATIVE DEFENSES

Midjourney asserts that Plaintiffs' claims are barred, in whole or in part, by the defenses set forth herein. The Preliminary Statement and responses above are incorporated in these defenses by reference as if fully set forth herein. By setting forth these defenses, Midjourney does not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to Plaintiffs.  Midjourney reserves the right to plead any and all defenses that may be evident or revealed after investigation and discovery in this matter.

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent that Midjourney or its users' unauthorized copying of Plaintiffs' registered copyrighted works, or other exercise of any rights provided for under 17 U.S.C. § 106, constitutes fair use under 17 U.S.C. § 107.

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent that the Plaintiffs do not own the copyrights for the asserted works, and/or otherwise lack standing to assert the claims herein.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, on the ground that Plaintiffs

(themselves or through their agents) have licensed (actual or implied) one or more of the asserted works to Midjourney.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrines of acquiescence, estoppel, and waiver. Midjourney is informed and believes, and on that basis alleges, that one or more of the images that Plaintiffs allege infringe their copyrights were created by Plaintiffs or agents thereof.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of unclean hands. Plaintiffs use and benefit from generative AI models, including Midjourney, and including in connection with some or all of the asserted works. Moreover, on information and belief, Plaintiffs are, like Midjourney, directly or indirectly engaged in training generative AI models on publicly available works, some of which are protected by copyrights owned by third parties. Accordingly, it would be inequitable to permit Plaintiffs to benefit from the development and use of generative AI tools, including Midjourney, on the one hand, and, on the other hand, prevent the development and use of Midjourney by others.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent that any purported copying of Plaintiffs' protectable expression is *de minimis*.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, on the grounds that (i) Plaintiffs have not provided Midjourney with adequate notice of specific instances of purported copyright infringement by Midjourney users; and (ii) Midjourney is entitled to avail itself to the infringement safe harbors codified in 17 U.S.C. § 512. As alleged above, Plaintiffs have not complied with the provisions of the DMCA.

## **PRAYER FOR RELIEF**

WHEREFORE, Midjourney asks this Court to enter judgment:

1.      Dismissing the Complaint with prejudice;

2.      Finding that Plaintiffs are not entitled to the relief requested in the Complaint, or to any relief whatsoever, including for direct, contributory, or vicarious copyright infringement;

3.      Finding that one or more of the copyrights asserted by Plaintiffs are unenforceable and/or that Plaintiffs' claims have been limited, barred, or discharged by reason of the affirmative and additional defense(s) set forth herein;

4.      Awarding reasonable attorneys' fees and all other recoverable expenses to Midjourney;

5.      Awarding Midjourney its costs; and,

6.      Granting such other and further relief as may be just and proper.

Dated:      October 7, 2025          COOLEY LLP

                                      By: _____
                                          Bobby Ghajar
                                          John Paul Oleksiuk
                                          Judd Lauter
                                          Ellie Dupler

                                          *Counsel for Defendant Midjourney, Inc.*

1     **<u>DEMAND FOR TRIAL BY JURY</u>**

2     Midjourney hereby demands a trial by jury on all claims, counterclaims,

3 defenses, and issues in this action so triable.

4

5   Dated:      October 7, 2025

COOLEY LLP

6                             By: _____

7                                 Bobby Ghajar
John Paul Oleksiuk

8                                 Judd Lauter
Ellie Dupler

9

10                                 *Counsel for Defendant Midjourney, Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28