| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | BOBBY GHAJAR (198719)<br>(bghajar@cooley.com) |
| 3 | ELLIE DUPLER (337607)<br>(edupler@cooley.com) |
| 4 | 1333 2nd Street, Suite 400<br>Santa Monica, California 90401-4100 |
| 5 | Telephone:  (310) 883-6400<br>Facsimile:  (310) 883-6500 |
| 6 | JOHN PAUL OLEKSIUK (283396) |
| 7 | (jpo@cooley.com)<br>55 Hudson Yards |
| 8 | New York, NY 10001-2157<br>Telephone:  (212) 479-6000 |
|   | Facsimile:  (212) 479-6275 |

COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
ELLIE DUPLER (337607)
(edupler@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401-4100
Telephone:  (310) 883-6400
Facsimile:  (310) 883-6500

JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone:  (212) 479-6000
Facsimile:  (212) 479-6275

JUDD D. LAUTER (290945)
(jlauter@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

*Counsel for Defendant Midjourney, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MIDJOURNEY, INC.,<br><br>Defendant. | Case No. 2:25-cv-08376-JAK-E<br><br>**DEFENDANT'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 7.1-1 CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

COOLEY LLP
ATTORNEYS AT LAW

DEFENDANT'S CORPORATE DISCLOSURE
STATEMENT AND NOTICE
OF INTERESTED PARTIES
CASE NO. 2:25-cv-08376-JAK-E

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Midjourney, Inc. ("Midjourney") by and through its undersigned counsel, hereby states that it does not have a parent corporation and further states that no publicly held corporation owns 10% or more of its stock.

Further, pursuant to Local Rule 7.1-1 of the United States District Court for the Central District of California, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- David Holz, CEO of Midjourney, Inc.
- Landmark American Insurance Company
- Lloyds of London
- Continental Casualty Company
- Starstone Specialty Insurance Company
- Relm Insurance Ltd. via Trisura Specialty Insurance Company

Respectfully Submitted,

Dated:    October 7, 2025         COOLEY LLP

By: */s/ Bobby Ghajar*
Bobby Ghajar
John Paul Oleksiuk
Judd Lauter
Ellie Dupler

*Counsel for Defendant Midjourney, Inc.*