# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al.; WARNER BROS. ENTERTAINMENT, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIDJOURNEY, INC., <br><br> Defendant. <br><br> ALL CASES | Lead Case No. 2:25-cv-05275-JAK (AJRx) <br><br> Consolidated for all purposes with Case No. 2:25-cv-08376-JAK-E <br><br> **ORDER RE JOINT STIPULATION TO CONSOLIDATE CASES (DKT. 21)** |

Based on a review of the Joint Stipulation to Consolidate Cases, good cause has been shown for the requested action. Dkt. 21 ("Stipulation"). Therefore, the Stipulation is **APPROVED** as follows:

1. *Disney Enterprises Inc. et al. v. Midjourney, Inc.*, Case No. 2:25-cv-05275-JAK-AJR ("*Disney*") and Warner Bros. Entertainment Inc. et al. v. Midjourney Inc., No. 2:25-cv-08376-JAK-E ("*Warner Bros.*") are **CONSOLIDATED** for all purposes, including trial, pursuant to Fed. R. Civ. P 42(a).

2. *Disney*, the earlier-filed case, is the Lead Case.

3. *Warner Bros.*, the later-filed action, is the Consolidated Action. The Clerk is directed to close the docket in the Consolidated Action.

4. All future filings shall be made in the docket of the Lead Case only and shall bear the following caption:

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al.; WARNER BROS. ENTERTAINMENT, INC., et al., <br><br>        Plaintiffs, <br>v. <br><br>MIDJOURNEY, INC., <br><br>        Defendant. | Lead Case No. 2:25-cv-05275-JAK (AJRx) |

5. When a document is intended to be applicable to all actions, the words "ALL CASES" shall appear immediately below the parties in the above caption, and no other individual case names or numbers shall be listed in the caption.

/ / /

/ / /

/ / /

2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al.; WARNER BROS. ENTERTAINMENT, INC., et al., <br><br>            Plaintiffs, <br>v. <br><br> MIDJOURNEY, INC., <br><br>            Defendant. <br><br> ALL CASES | Lead Case No. 2:25-cv-05275-JAK (AJRx) |

6. When a document is intended to be applicable to only one of the actions, the caption shall also bear the name and case number of the Lead Case or Consolidated Action to which the document applies.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al.; WARNER BROS. ENTERTAINMENT, INC., et al., <br><br>            Plaintiffs, <br>v. <br><br> MIDJOURNEY, INC., <br><br>            Defendant. <br><br> DISNEY CASE | Lead Case No. 2:25-cv-05275-JAK (AJRx) |

3

|     |                                                                                          |                                                  |
| --- | ---------------------------------------------------------------------------------------- | ------------------------------------------------ |
|     | UNITED STATES DISTRICT COURT                                                             |                                                  |
|     | CENTRAL DISTRICT OF CALIFORNIA                                                           |                                                  |

| DISNEY ENTERPRISES, INC., et al.; WARNER BROS. ENTERTAINMENT, INC., et al., | Lead Case No. 2:25-cv-05275-JAK (AJRx) |
|---|---|
| Plaintiffs, | Consolidated Case No. 2:25-cv-08376-JAK (Ex) |
| v. | |
| MIDJOURNEY, INC., | |
| Defendant. | |
| WARNER BROS. CASE | |

7. On or before November 11, 2025, the Plaintiffs in the *Warner Bros.* action shall file a statement as to whether they join in the positions advanced by the Plaintiffs in the *Disney* action in the October 22, 2025 Joint Rule 26(f) Report filed in the Lead Action. Lead Action, Dkt. 27. If they state that they join in those positions, the matters presented in that Joint Report will then be taken under submission, and a scheduling order will be issued in the Lead Action. If they state that they do not join, they shall state the specific matters on which they disagree and the details of any such disagreement(s). Thereafter, on or before November 18, 2025, after meeting and conferring as to such disagreement(s), all parties in the Lead Action and the Consolidated Action shall file a joint report in the Lead Action with their respective and/or collective positions as to such disputed matters, which includes an updated Exhibit A to the October 22, 2025 Joint

/ / /

/ / /

/ / /

/ / /

/ / /

4

Rule 26(f) Report. The matters presented in the November 18, 2025 joint report will then be taken under submission, and a scheduling order will be issued in the Lead Action.

**IT IS SO ORDERED.**

Dated: November 4, 2025

_____

John A. Kronstadt

United States District Judge